| | | |
|---|---|---|
| NEW YORK |  | HANOI |
| LONDON | | HO CHI MINH CITY |
| SINGAPORE | | SHANGHAI |
| PHILADELPHIA | *FIRM and AFFILIATE OFFICES* | ATLANTA |
| CHICAGO | | BALTIMORE |
| WASHINGTON, DC | | WILMINGTON |
| SAN FRANCISCO | ERIC R. BRESLIN | MIAMI |
| SILICON VALLEY | DIRECT DIAL: +1 973 424 2063 | BOCA RATON |
| SAN DIEGO | PERSONAL FAX: +1 973 556 1552 | PITTSBURGH |
| LOS ANGELES | E-MAIL: ERBreslin@duanemorris.com | NORTH JERSEY |
| BOSTON | | LAS VEGAS |
| HOUSTON | *www.duanemorris.com* | SOUTH JERSEY |
| DALLAS | | LAKE TAHOE |
| FORT WORTH | | MYANMAR |
| AUSTIN | | |
| | | ALLIANCES IN MEXICO |

August 30, 2024

VIA ECF

Honorable George B. Daniels
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    <u>United States v. Bond, No. 1:24-cr-000494 (GBD)</u>

Dear Judge Daniels,

    In the interest of keeping the Court informed and updated, we attach here Judge Kaplan's order from yesterday afternoon denying Mr. Salame's application to withdraw his motion to withdraw his plea.

                                      Respectfully submitted,

                                      /s/ *Eric R. Breslin*
                                    Eric R. Breslin

Cc: All parties of record (via ECF)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
UNITED STATES OF AMERICA,

       -against-                                   (S7) 22-cr-0673 (LAK)

RYAN SALAME,

       Defendant.
------------------------------------------x

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/29/24

## ORDER

LEWIS A. KAPLAN, *District Judge.*

       Notwithstanding defendant's purported withdrawal without prejudice of his petition for a writ of error coram nobis or alternatively a writ of audita querula, the parties shall file the papers contemplated by the Court's order of August 21, 2024 on the schedule there set forth. Counsel shall appear for argument on September 12, 2024 as scheduled. Defendant's presence is required and his compliance with this requirement hereby is made a condition of his continued release on bail pending voluntary surrender.

       SO ORDERED.

Dated:    August 29, 2024

                                               Lewis A. Kaplan
                                             United States District Judge