UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- x
UNITED STATES OF AMERICA,

    -against-

MICHELLE BOND,

                  Defendant.
---------------------------------------- x

SCHEDULING ORDER

24 Cr. 494 (GBD)

GEORGE B. DANIELS, United States District Judge:

    An initial conference for this case is hereby scheduled for September 17, 2024 at 9:30 a.m.

Dated: September 3, 2024
       New York, New York

SO ORDERED.

_George B. Daniels_
GEORGE B. DANIELS
United States District Judge