

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

November 29, 2024

**BY ECF**

The Honorable George B. Daniels
United States District Judge
500 Pearl Street
New York, New York 10007

  Re: *United States v. Michelle Bond*, 24 Cr. 494 (GBD)

Dear Judge Daniels:

  Please be advised that I am leaving the United States Attorney's Office for other employment. Accordingly, please remove me as counsel of record in the above-captioned case.

  Thank you very much for the Court's consideration.

            Respectfully submitted,

            DAMIAN WILLIAMS
            United States Attorney


         by: /s/ Sheb Swett_____
            Sheb Swett
            Assistant United States Attorney
            (212) 637-6522