

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

November 29, 2024

**BY ECF**

The Honorable George B. Daniels
United States District Judge
500 Pearl Street
New York, New York 10007

**SO ORDERED:**

*/s/ George B. Daniels*
George B. Daniels, U.S.D.J.

Re: *United States v. Michelle Bond*, 24 Cr. 494 (GBD)   Dated: DEC 04 2024

Dear Judge Daniels:

Please be advised that I am leaving the United States Attorney's Office for other employment. Accordingly, please remove me as counsel of record in the above-captioned case.

Thank you very much for the Court's consideration.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: /s/ Sheb Swett
Sheb Swett
Assistant United States Attorney
(212) 637-6522