UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
UNITED STATES OF AMERICA,

            Plaintiff,

  - v. -

MICHELLE BOND,

            Defendant.

------------------------------------- x

ORDER

24 Cr. 494 (GBD)

GEORGE B. DANIELS, United States District Judge:

    The deadline for Defendant's substantive motion is adjourned from April 1, 2025 to May 4, 2025.

Dated: March 20, 2025
       New York, New York

SO ORDERED.

*George B. Daniels* (signature)
GEORGE B. DANIELS
United States District Judge