**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------- x
UNITED STATES OF AMERICA,

               Plaintiff,

    - v. -

MICHELLE BOND,

               Defendant.

------------------------------------- x

**ORDER**

24 Cr. 494 (GBD)

GEORGE B. DANIELS, United States District Judge:

The deadline for Defendant's substantive motion is adjourned to May 5, 2025. The Government's opposition is due on June 5, 2025, and Defendant's reply is due on June 19, 2025. The next status conference is adjourned from June 10, 2025 to July 14, 2025.

The Clerk of Court is directed to close the open motions at ECF No. 29 and ECF No. 32.

Dated: March 24, 2025
       New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge