UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
:
UNITED STATES OF AMERICA         : **Order Excluding Time**
:
v.                               : 24 Cr. 494 (GBD)
:
MICHELLE BOND,                   :
:
Defendant.                       :
:
------------------------------------ x

The Court has received a request by MATTHEW PODOLSKY, Acting United States Attorney for the Southern District of New York, by Assistant United States Attorney Stephanie Simon, with the consent of Eric R. Breslin, counsel for the defendant, that the time period from the date of this Order through and including July 14, 2025, the date of the next status conference, be excluded from the computation of the time period within which trial of the charges against the defendant must commence, pursuant to the Speedy Trial Act of 1974, 18 U.S.C. § 3161(h)(7)(A).

The Government seeks the exclusion of the foregoing period in the interest of justice because it would allow the parties to begin to produce and review discovery, to consider potential motion practice, and to engage in discussions regarding a potential resolution of the matter without the need for trial.

Full consideration having been given to the matter set forth therein, it is hereby

ORDERED that the time between the date of this Order and July 14, 2025, be excluded from the computation of the time period within which trial of the charges against the defendant must commence, pursuant to the Speedy Trial Act of 1974, 18 U.S.C. § 3161(h)(7)(A). The Court

1

finds that this exclusion of time serves the ends of justice and outweighs the interest of the public and the defendant in a speedy trial.

Dated: New York, New York
March    , 2025
MAR 2 6 2025

*George B. Daniels*
THE HONORABLE GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK