

| | | |
|---|---|---|
| NEW YORK | *FIRM and AFFILIATE OFFICES* | HANOI |
| LONDON | | HO CHI MINH CITY |
| SINGAPORE | | SHANGHAI |
| PHILADELPHIA | | ATLANTA |
| CHICAGO | | BALTIMORE |
| WASHINGTON, DC | | WILMINGTON |
| SAN FRANCISCO | ERIC R. BRESLIN | MIAMI |
| SILICON VALLEY | PARTNER | BOCA RATON |
| SAN DIEGO | DIRECT DIAL: +1 973 424 2063 | PITTSBURGH |
| LOS ANGELES | PERSONAL FAX: +1 973 556 1552 | NORTH JERSEY |
| BOSTON | *E-MAIL:* ERBreslin@duanemorris.com | LAS VEGAS |
| HOUSTON | | SOUTH JERSEY |
| DALLAS | *www.duanemorris.com* | SYDNEY |
| FORT WORTH | | MYANMAR |
| AUSTIN | | |
| | | ALLIANCES IN MEXICO |

May 1, 2025

**VIA ECF**

Honorable George B. Daniels
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    <u>United States v. Bond, No. 1:24-cr-00494 (GBD)</u>

Dear Judge Daniels:

      We represent Michelle Bond in the above-referenced matter. On March 20, 2025, the Court set a deadline for the filing of defense pre-trial motions of May 5, 2025. We write to request a short, two-day extension until of the deadline to file motions until May 7th. No trial date has yet been set for this matter.

      We have conferred with the government and Ms. Simon has indicated that the government has no objection to this request.

      We thank the Court for its courtesy.

      Respectfully submitted,

      /s/ *Eric R. Breslin*
      Eric R. Breslin

cc:    All counsel of record (via ECF)