**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------x

UNITED STATES OF AMERICA,

    -against-

MICHELLE BOND,

    Defendant.

------------------------------------x

ORDER

24 Crim. 494 (GBD)

GEORGE B. DANIELS, United States District Judge:

The deadline for Defendant's pre-trial motions is adjourned to May 7, 2025. The status conference scheduled for July 14, 2025 is hereby adjourned to July 15, 2025 at 10:00 a.m.

Dated: May 1, 2025
      New York, New York

SO ORDERED.

*/s/ George B. Daniels*
GEORGE B. DANIELS
United States District Judge