**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    v.<br><br>MICHELLE BOND,<br><br>        Defendant. | Docket No. 1:24-cr-000494-GBD |

**NOTICE OF MOTION BY DEFENDANT MICHELLE BOND**

PLEASE TAKE NOTICE that on a date and time set at the convenience of the Court, Defendant Michelle Bond will move before the Honorable George B. Daniels, United States District Judge for the Southern District of New York, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, for dismissal of the Indictment, for an evidentiary hearing, to suppress statements unlawfully obtained, and to dismiss Count Four of the Indictment.  Defendant Michelle Bond will rely on the accompanying memorandum of law and the Declaration of Eric R. Breslin.

Dated:  May 7, 2025
         New York, New York

**DUANE MORRIS LLP**

*/s/ Eric R. Breslin*
Eric R. Breslin, Esq.
Melissa S. Geller, Esq.
1540 Broadway
New York, New York 10036
Tel: 212-692-1000
Email: erbreslin@duanemorris.com
Email: msgeller@duanemorris.com

Stephen H. Sutro, Esq. (Admitted *Pro Hac Vice*)
Spear Tower
One Market Plaza, Suite 2200
San Francisco, CA 94105-1127
Tel: 415-957-3008
Email: shsutro@duanemorris.com

Joseph R. Welsh
30 South 17th Street
Philadelphia, PA 19103-4196
Tel: 215-979-1000
Email: JRWelsh@duanemorris.com

*Attorneys for Defendant Michelle Bond*