UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

MICHELLE BOND,

         Defendant.

Docket No. 1:24-cr-000494-GBD

**DECLARATION OF ERIC R. BRESLIN IN SUPPORT OF MICHELLE BOND'S OMNIBUS PRETRIAL MOTION**

Eric R. Breslin declares and states as follows:

1. I am a partner at the law firm of Duane Morris LLP, counsel for Michelle Bond in the above-captioned matter.

2. Attached as Exhibit is a copy of a March 26, 2025 Declaration of Michelle Bond, filed in an adversary proceeding in the Bankruptcy Court for the District of Delaware.

3. Attached as Exhibit B is a copy of USAO_00000001, produced in this litigation. Redactions are made to conceal personal information in accordance with the Southern District of New York's filing rules.

4. Attached as Exhibit C is a copy of an April 28, 2023, email containing notes of the government's call with defense attorneys for Ms. Bond and Ms. Salame, originally filed in the action *United States v. Salame*, 22-cr-00673-LAK (S.D.N.Y.).

5. Attached as Exhibit D is a copy of a June 13, 2024 email chain between the government and attorneys for Ms. Bond and Mr. Salame, originally filed in the action *United States v. Salame*, 22-cr-00673-LAK (S.D.N.Y.).

1

6.	Attached as Exhibit E is a May 25, 2023 email purporting to set forth notes of a call between the government and attorneys for Ms. Bond and Mr. Salame.

7.	Attached as Exhibit F is a copy of the FBI 302 reporting on Ms. Bond's statements during a surety call, produced by the government at USAO_00057857.

8.	Attached as Exhibit G is a declaration by Ryan Salame, filed in the action *United States v. Salame*, 22-cr-00673-LAK (S.D.N.Y.).

9.	Attached as Exhibit H are the caption page and table of contents for trial transcripts in Ms. Bond's matrimonial action.

I declare under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge.

Dated:  May 7, 2025                                                   /s/ *Eric R. Breslin*
              New York, New York                                      Eric R. Breslin