# EXHIBIT F

# FEDERAL BUREAU OF INVESTIGATION

Date of entry __09/14/2023__

    MICHELLE BOND, date of birth June 29, 1979, social security number ▮▮▮▮▮, telephone number ▮▮▮▮▮, home address ▮▮▮▮▮, Potomac, MD 20854, was interview via telephone by Southern District of New York (SDNY) Paralegal Grant Bianco, Assist United States Attorney for SDNY Samuel Raymond, Federal Bureau of Investigation (FBI) Special Agent (SA) Anthony Casola, and FBI SA Jennifer Breitenbach. Also on the call was BOND's attorney, Gina Parlovecchio. After being informed of the identities of the interviewers and the nature of the interview BOND provided the following information:

    (Agent note: At this time BOND was advised that it is a crime to lie to Federal Agents, so she should be truthful in her responses. She advised she understood and would be truthful.)

    BOND advised her name is spelled MICHELLE BOND.

    She lives with and is partners with RYAN SALAME. They spend every day together.

    She met SALAME in June of 2021.

    Her current address is ▮▮▮▮▮, Potomac, MD 20854. She bought this house in June of 2022 and jointly owns it with SALAME. They own this house outright with no mortgage payment.

    BOND previously lived at ▮▮▮▮▮, Washington DC 20008.

    Her cell phone number is ▮▮▮▮▮.

    Her email address is ▮▮▮▮▮.

    Her date of birth is 6/29/1979.

    BOND's social security number is ▮▮▮▮▮.

    She does not have a criminal record.

    She was born in the United States.

Investigation on __09/13/2023__ at __New York, New York, United States (Phone)__

File # __56D-NY-3703010, 56D-NY-3789842__                                           Date drafted __09/14/2023__

by __CASOLA ANTHONY, Jennifer Breitenbach__

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

56D-NY-3703010

Continuation of FD-302 of (U) MICHELLE BOND Surety Call , On 09/13/2023 , Page 2 of 3

BOND is currently employed at BOND GLOBAL (BOND GLOBAL) CONSULTING, which is BOND's company. She is the Manager. BOND formed this company in February. To form this company, BOND created a limited liability corporation, created the operating documents, and opened a bank account. She previously ran a trade association and did some consulting on the side. At the end of her employment with the trade association, BOND earned a base salary of $500,000.

BOND GLOBAL currently has one client. She is trying to grow the business and secure more clients. BOND GLOBAL's current client pays $[redacted] per month for services.

BOND's primary bank account is at Wells Fargo, which has a balance of $[redacted]. BOND is the sole owner of this account.

BOND GLOBAL has an account at Chase, which has a balance of $60,000 Bond Global. BOND is the sole owner of this account.

BOND has an account she jointly holds with SALAME at Chase, which has a balance of $[redacted].

BOND advised that she and SALAME have a few vehicles. BOND leases her vehicle. SALAME has a JEEP, which is registered to him. SALAME also had two other vehicles registered to him.

Aside from the house, BOND has no other significant assets.

BOND is not joint on any of SALAME's business and does not work with SALAME.

BOND advised that she and SALAME do not have joint investment accounts. BOND has an investment account, for which SALAME gave her money to invest.

BOND does not have debts in excess of $5,000.

BOND and SALAME first met at a work dinner where they were seated across the table from each other.

BOND knew SALAME to originally be from Massachusetts. BOND advised that she unfortunately knew SALAME's most recent place of employment.

SALAME lives with BOND in Potomac, Maryland.

BOND did not know SALAME to have any legal issues prior to these charges.

BOND understands the current charges against SALAME.

56D-NY-3703010

Continuation of FD-302 of (U) MICHELLE BOND Surety Call, On 09/13/2023, Page 3 of 3

BOND understands the possible penalties SALAME faces, if he is convicted.

BOND and SALAME's finances are intermingled, so she would not say that they owe each other any financial debts.

BOND understood that she was required to read and sign lengthy legal documents; and if the Defendant failed to appear and/or violated any conditions of his bond, the Government would recover the amount of the bond from her.

BOND was advised that SALAME must: submit to supervision by and report to pretrial services as directed; surrender his passport; not obtain a passport or other international travel documents; and not possess a firearm, destructive device, or other weapon. BOND indicated that she understood these terms.

BOND understood that the bond may be forfeited if SALAME did not comply with the terms of the bond. The court might immediately order the amount of the bond surrendered to the United States, including the security for the bond, if SALAME did not comply with the agreement. At the request of the United States, the court might order a judgment of forfeiture against the defendant and each surety for the entire amount of the bond, including interest and costs.

BOND was advised that the total amount of the bond was $1,000,000. This bond was a personal recognizance bond and only required signatures from SALAME, and two other financially responsible parties of which she was one.

BOND advised that she is currently seven months pregnant with SALAME's child. She said he would not be going anywhere and will appear at all court proceedings.