# EXHIBIT H

IN THE CIRCUIT COURT FOR MONTGOMERY COUNTY, MARYLAND
FAMILY DIVISION

------------------------------X
                              :
DANIEL K. BOND,               :
                              :
        Plaintiff,            :
                              :
            v.                :   Family Law No. C-15-
                              :   FM-22-004582
MICHELLE D. BOND,             :
                              :
        Defendant.            :
                              :
------------------------------X

                           Rockville, Maryland

                           May 17, 2023

       WHEREUPON, the proceedings in the above-entitled matter commenced

        BEFORE:   THE HONORABLE SHARON V. BURRELL, JUDGE

        APPEARANCES:

        <u>FOR THE PLAINTIFF:</u>

        BARTON  D. MOORSTEIN, Esq.
        Blank Moorstein Lipshutz, LLP
        111 Rockville Pike
        Suite 400
        Rockville, Maryland  20850

        <u>FOR THE DEFENDANT:</u>

        HOPE L. STAFFORD, Esq.
        PERRY A. CHOREN, Esq.
        Delaney Stafford, LLC
        4445 Willard Avenue
        Suite 750
        Chevy Chase, Maryland  20815

I N D E X

| WITNESSES | DIRECT | CROSS | REDIRECT | RECROSS |
|---|---|---|---|---|
| For the Plaintiff: | | | | |
| (None) | | | | |
| For the Defendant: | | | | |
| Michelle Bond | 4 | 99,207 | -- | -- |
| Christopher Kelly | 156 | 177 | 190 | -- |
| Emily Chappelle | 194 | 200 | -- | -- |

| EXHIBITS | MARKED | RECEIVED |
|---|---|---|
| For the Plaintiff: | | |
| Exhibit No. 16 | -- | 102 |
| Exhibit No. 17 | -- | 105 |
| Exhibit No. 18 | -- | 107 |
| Exhibit No. 19 | -- | 110 |
| Exhibit No. 20 | -- | 127 |
| Exhibit No. 22 | -- | 142 |
| Exhibit No. 23 | -- | 149 |
| Exhibit No. 24 | -- | 151 |
| Exhibit No. 25 | -- | 185 |
| For the Defendant: | | |
| Exhibit No. 2 | -- | 69 |
| Exhibit No. 21 | -- | 6 |
| Exhibit No. 22 | -- | 16 |
| Exhibit No. 23 | -- | 38 |
| Exhibit No. 24 | -- | 170 |

IN THE CIRCUIT COURT FOR MONTGOMERY COUNTY, MARYLAND
FAMILY DIVISION

```
------------------------------X
                              :
DANIEL K. BOND,               :
                              :
        Plaintiff,            :
                              :
            v.                :    Family Law No. C-15-
                              :    FM-22-004582
MICHELLE D. BOND,             :
                              :
        Defendant.            :
                              :
------------------------------X
```

Rockville, Maryland

May 18, 2023

      WHEREUPON, the proceedings in the above-entitled matter commenced

      BEFORE:   THE HONORABLE SHARON V. BURRELL, JUDGE

      APPEARANCES:

<u>FOR THE PLAINTIFF:</u>

BARTON D. MOORSTEIN, Esq.
Blank Moorstein Lipshutz, LLP
111 Rockville Pike
Suite 400
Rockville, Maryland  20850

<u>FOR THE DEFENDANT:</u>

HOPE L. STAFFORD, Esq.
PERRY A. CHOREN, Esq.
Delaney Stafford, LLC
4445 Willard Avenue
Suite 750
Chevy Chase, Maryland  20815

I N D E X

| WITNESSES | DIRECT | CROSS | REDIRECT | RECROSS |
|---|---|---|---|---|
| For the Plaintiff: | | | | |
| Daniel Bond | 146 | 169 | -- | -- |
| For the Defendant: | | | | |
| Michelle Bond | -- | 5 | 22 | 42 |
| Shelby White | 48 | 74 | 87 | |
| Breanne Madigan | 97 | 107 | 109 | -- |
| Stephanie Cherney | 111 | 127 | -- | -- |
| Elizabeth Pavel | 128 | 140 | 145 | -- |

| EXHIBITS | MARKED | RECEIVED |
|---|---|---|
| For the Plaintiff: | | |
| Exhibit No. 27 | -- | 16 |
| Exhibit No. 25 | -- | 149 |
| Exhibit No. 28 | -- | 160 |
| Exhibit No. 29 | -- | 161 |
| Exhibit No. 30 | -- | 164 |
| For the Defendant: | | |
| Exhibit No. 25 | -- | 170 |
| Exhibit No. 26 | -- | 172 |
| Exhibit No. 27 | -- | 183 |