UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>               v.<br><br>MICHELLE BOND,<br><br>               Defendant. | Docket No. 1:24-cr-000494-GBD |

### DECLARATION OF MELISSA S. GELLER IN SUPPORT OF MICHELLE BOND'S OMNIBUS PRETRIAL MOTION

Melissa S. Geller declares and states as follows:

1. I am a partner at the law firm of Duane Morris LLP, counsel for Michelle Bond in the above-captioned matter.

2. Attached as Exhibit A is a copy of the transcript from the hearing held in the matter *United States v. Salame*, No. 22-cr-00673(LAK) (SDNY) on September 12, 2024.

I declare under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge.

Dated: June 19, 2025                                              /s/ *Melissa S. Geller*
        New York, New York                                    Melissa S. Geller