UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

UNITED STATES OF AMERICA,

               Plaintiff,

    - v. -

MICHELLE BOND,

               Defendant.

------------------------------------x

ORDER

24 Cr. 494 (GBD)

GEORGE B. DANIELS, United States District Judge:

       In light of Defendant's motion at ECF No. 38 and the government's opposition at ECF No. 43, the status conference originally scheduled for July 15, 2025 is cancelled. An oral argument for this motion is scheduled for July 22 at 10:00 AM.

Dated: June 25, 2025
       New York, New York

                                      SO ORDERED.

                                      GEORGE B. DANIELS
                                      United States District Judge