

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

June 26, 2025

**BY ECF**

The Honorable George B. Daniels
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Michelle Bond*, 24 Cr. 494 (GBD)

Dear Judge Daniels:

    On June 26, 2025, the Court adjourned the next status conference in this matter, with the consent of the parties, to July 22, 2025.

    Accordingly, the Government respectfully requests, with the consent of defense counsel, that the Court exclude time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), through July 22, 2025. The Government respectfully submits that an exclusion of time would serve the ends of justice and outweigh the best interests of the public and the defendant in a speedy trial because it would allow the parties to produce and review discovery, to consider potential motion practice, and to engage in discussions regarding a potential resolution of the matter without the need for trial.

    The Government respectfully encloses a proposed order excluding time for the Court's consideration.

    Respectfully submitted,

    JAY CLAYTON
    United States Attorney

By:    _____/s/_____
    Stephanie Simon
    Assistant United States Attorney

cc: All counsel of record (by ECF)