

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

July 7, 2025

**BY ECF**

The Honorable George B. Daniels
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Michelle Bond*, 24 Cr. 494 (GBD)

Dear Judge Daniels:

    On May 7, 2025, defendant Michelle Bond filed a motion to dismiss and to suppress (Dkt. 39); the Government filed its opposition on June 5, 2025 (Dkt. 43); and Bond filed her reply on June 19, 2025 (Dkt. 44). The parties in their respective briefs refer to certain documents filed as attachments to the Government's opposition to Ryan Salame's *coram nobis* petition, *United States v. Salame*, S7 22 Cr. 673, Dkt. 491 (S.D.N.Y. Sept. 5, 2024) (the "Coram Nobis Opposition"). For ease of the Court's reference, attached hereto is the full set of exhibits to the Coram Nobis Opposition, including the accompanying affirmations of then-Assistant United States Attorneys Danielle Sassoon and Sheb Swett. *See id.*, Dkt. 491-1 (Sassoon Aff.), Dkt. 491-5 (Swett Aff.).

                                    Respectfully submitted,

                                    SEAN S. BUCKLEY
                                  Attorney for the United States, Acting Under
                                  Authority Conferred by 28 U.S.C. § 515

                     By:  <u>/s/ Stephanie Simon</u>
                            Stephanie Simon
                            Assistant United States Attorney
                            (212) 637-2581

cc: All counsel of record (by ECF)