

Mayer Brown LLP
1999 K Street, N.W.
Washington, DC 20006-1101
United States of America

T: +1 202 263 3000
F: +1 202 263 3300

mayerbrown.com

**Jason D. Linder**
Partner
T: +1 202 263-3207
JLinder@mayerbrown.com

May 8, 2023

<u>BY EMAIL</u>

Ms. Michelle Bond

Re:   <u>Supplement to Engagement Letter</u>

Dear Michelle:

  This letter supplements our engagement letter dated November 11, 2022. As you know, we represent both you and your significant other Ryan Salame in connection with investigations into the collapse of FTX. Although your and Ryan's interests have previously been generally aligned in the FTX investigations, recent developments have arguably created a divergence of interests. As I have informed you, the federal prosecutors in the FTX matter have indicated that if Ryan accepts a plea agreement, they will no longer have occasion to continue the portions of their investigation that might lead to federal criminal charges being brought against you. The prosecutors have said they will not put this position in writing, including in any plea agreement for Ryan.



Mayer Brown is a global services provider comprising an association of legal practices that are separate entities including
Mayer Brown LLP (Illinois, USA), Mayer Brown International LLP (England), Mayer Brown (a Hong Kong partnership)
and Tauil & Chequer Advogados (a Brazilian partnership).

753507256

Ms. Michelle Bond
May 8, 2023
Page 2

[redacted]

[redacted]

Very truly yours,

MAYER BROWN LLP



Jason Linder

[redacted]

Michelle Bond

cc:   James J. Held

753507256