

| | | |
|---|---|---|
| NEW YORK | *FIRM and AFFILIATE OFFICES* | HANOI |
| LONDON | | HO CHI MINH CITY |
| SINGAPORE | | SHANGHAI |
| PHILADELPHIA | | ATLANTA |
| CHICAGO | | BALTIMORE |
| WASHINGTON, DC | | WILMINGTON |
| SAN FRANCISCO | ERIC R. BRESLIN | MIAMI |
| SILICON VALLEY | PARTNER | BOCA RATON |
| SAN DIEGO | DIRECT DIAL: +1 973 424 2063 | PITTSBURGH |
| LOS ANGELES | PERSONAL FAX: +1 973 556 1552 | NORTH JERSEY |
| BOSTON | *E-MAIL:* ERBreslin@duanemorris.com | LAS VEGAS |
| HOUSTON | | SOUTH JERSEY |
| DALLAS | *www.duanemorris.com* | SYDNEY |
| FORT WORTH | | MYANMAR |
| AUSTIN | | |
| | | ALLIANCES IN MEXICO |

September 15, 2025

VIA E-MAIL

Stephanie Simon, Esq.
Assistant U.S. Attorney
U.S. Attorney's Office for the Southern District of New York
1 Saint Andrew's Plaza
New York, NY 10007

  Re: *United States v. Bond*, 1:24-cr-00494-GBD – Witness List

Dear Stephanie:

  Pursuant to the Court's order dated July 28, 2025 (ECF No. 52), Ms. Bond intends to call the following witnesses to be examined at the evidentiary hearing on September 25, 2025:

- Danielle Sassoon, Former Assistant U.S. Attorney and U.S. Attorney, U.S. Attorney's Office for the Southern District of New York;

- Gina Parlovecchio, Partner, Mayer Brown LLP;

- Jason Linder, Partner, Wilkie Farr & Gallagher LLP; and

- Michelle Bond, Defendant.

  We intend to file this letter with the Court. Please let me know if you have any questions,

            Sincerely,

            */s/ Eric R. Breslin*
            Eric R. Breslin

Cc: All Counsel of Record (via CM/ECF)

---

DUANE MORRIS LLP

200 CAMPUS DRIVE, SUITE 300         PHONE: +1 973 424 2000  FAX: +1 973 424 2001
FLORHAM PARK, NJ 07932-1007                    DM1\20080795.1