

*U.S. Department of Justice*

*United States Attorney
Southern District of New York*

---

*The Jacob K. Javits Federal Building
26 Federal Plaza, 37th Floor
New York, New York 10278*

September 15, 2025

**BY ECF**

The Honorable George B. Daniels
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Michelle Bond*, 24 Cr. 494 (GBD)

Dear Judge Daniels:

    The Government respectfully writes in response to the Court's July 28, 2025 order directing each party to submit a list of expected witnesses to be examined at the September 25, 2025 hearing in the above-referenced matter. (Dkt. 52).

    The defense has included on its witness list Gina Parlovecchio, Jason Linder, Michelle Bond, and former U.S. Attorney Danielle Sassoon. (Dkt. 53). The Government notes, for the Court's reference, that pursuant to the Department of Justice's *Touhy* regulations, codified at 28 C.F.R. § 16.21 *et seq.*, former U.S. Attorney Sassoon has been authorized to provide testimony if and only if: (1) the Court first receives documentary evidence in the form of contemporaneous notes or testimonial evidence from attorneys at Mayer Brown who were present on the April 28, 2023 and May 25, 2023 calls in question; *and* (2) that evidence creates a genuine issue of disputed material fact regarding the accuracy of the content of the Government's notes of those calls, which have already been produced (*see* Dkt. 40 Exs. C, E). Further, if the foregoing conditions are met, former U.S. Attorney Sassoon has been authorized to testify only as to non-privileged matters within her personal knowledge regarding discussions between the Government and Mayer Brown regarding the effect, if any, of Ryan Salame's guilty plea on whether Michelle Bond would be investigated or prosecuted.

    The Government reserves the right (1) to cross-examine any witness called by the defense and (2) to call any witness on the defense witness list, should the defense elect not to call that witness at the hearing. Otherwise, the Government does not currently intend to call any witnesses at the hearing, but reserves the right to update its witness list in advance of the hearing. Further, should the defense fail to offer evidence that creates a genuine issue of disputed material fact regarding the accuracy of the content of the Government's notes of the calls in question, the

Government intends to seek termination of the hearing, since the defendant will have failed to meet her burden.

                                              Respectfully submitted,

                                              SEAN S. BUCKLEY
                                              Attorney for the United States, Acting Under
                                              Authority Conferred by 28 U.S.C. § 515

                                By:  <u>s/ Stephanie Simon</u>
                                              Stephanie Simon
                                              Assistant United States Attorney
                                              (212) 637-2581

cc: All counsel of record (by ECF)