

| | | |
|---|---|---|
| NEW YORK | | HANOI |
| LONDON | | HO CHI MINH CITY |
| SINGAPORE | | SHANGHAI |
| PHILADELPHIA | *FIRM and AFFILIATE OFFICES* | ATLANTA |
| CHICAGO | | BALTIMORE |
| WASHINGTON, DC | | WILMINGTON |
| SAN FRANCISCO | MELISSA S. GELLER | MIAMI |
| SILICON VALLEY | PARTNER | BOCA RATON |
| SAN DIEGO | DIRECT DIAL: +1 212 692 1077 | PITTSBURGH |
| LOS ANGELES | E-MAIL: MSGeller@duanemorris.com | NORTH JERSEY |
| BOSTON | | LAS VEGAS |
| HOUSTON | www.duanemorris.com | SOUTH JERSEY |
| DALLAS | | SYDNEY |
| FORT WORTH | | MYANMAR |
| AUSTIN | | |
| | | ALLIANCES IN MEXICO |

September 18, 2025

VIA ECF

Honorable George B. Daniels
District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    <u>**United States v. Bond, 1:24-cr-00494 (GBD) -- Request for Technology Order**</u>

Dear Judge Daniels:

      We represent Michelle Bond in this matter. We are scheduled to appear before the Court next Thursday, September 26, 2025, for an evidentiary hearing on Defendant Michelle Bond's motion to dismiss or for other relief. In connection with that hearing, we are respectfully requesting permission to bring in electronic devices to aid counsel and assist with the presentation of evidence. To that end, enclosed is a form technology order for the Court's consideration. If the Court has any questions or concerns, please do not hesitate to let us know.

                          Respectfully submitted,

                          /s/ *Melissa S. Geller*
                          Melissa S. Geller

Enclosure

Cc:    All counsel of record (via ECF)

DUANE MORRIS LLP

22 VANDERBILT                                               PHONE: +1 212 692 1000   FAX: +1 212 692 1020
335 MADISON AVENUE, 23RD FLOOR
NEW YORK, NY 10017-4669