

| | | |
|---|---|---|
| NEW YORK | | HANOI |
| LONDON | | HO CHI MINH CITY |
| SINGAPORE | | SHANGHAI |
| PHILADELPHIA | *FIRM and AFFILIATE OFFICES* | ATLANTA |
| CHICAGO | | BALTIMORE |
| WASHINGTON, DC | | WILMINGTON |
| SAN FRANCISCO | ERIC R. BRESLIN | MIAMI |
| SILICON VALLEY | PARTNER | BOCA RATON |
| SAN DIEGO | DIRECT DIAL: +1 973 424 2063 | PITTSBURGH |
| LOS ANGELES | PERSONAL FAX: +1 973 556 1552 | NORTH JERSEY |
| BOSTON | *E-MAIL:* ERBreslin@duanemorris.com | LAS VEGAS |
| HOUSTON | | SOUTH JERSEY |
| DALLAS | *www.duanemorris.com* | SYDNEY |
| FORT WORTH | | MYANMAR |
| AUSTIN | | |
| | | ALLIANCES IN MEXICO |

September 29, 2025

**VIA ECF**

Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    <u>United States v. Bond, 1:24-cr-00494-GBD: Joint Status Letter to the Court</u>

Dear Judge Daniels,

      We represent Defendant Michelle Bond. We write jointly with the government to provide the Court with an update on status in accordance with the Court's order of September 23, 2025 (ECF 62).

      First, the parties have identified **October 16, 2025**, as the date on which all parties and all potential witnesses can be available. If the Court is not available on October 16, 2025, the parties will confer again and identify additional dates for which all parties and potential witnesses can attend.

      Second, Ms. Bond has withdrawn her current objections to the subpoena served on her by the government on September 19, 2025. Ms. Bond will produce documents responsive to the subpoena by the close of business on October 14, 2025 (assuming the hearing proceeds on October 16, 2025) and will provide a redaction and privilege log. Ms. Bond has also withdrawn her current objections to the subpoena that the government served on Mayer Brown LLP, and has agreed to a procedure for review and production of responsive materials, as described below.

      Third, the following open issues remain and appear to require rulings by the Court, and the parties request that such rulings be made meaningfully in advance of the hearing:

DUANE MORRIS LLP   *A DELAWARE LIMITED LIABILITY PARTNERSHIP*   DAVID A. SUSSMAN, RESIDENT PARTNER

200 CAMPUS DRIVE, SUITE 300      PHONE: +1 973 424 2000   FAX: +1 973 424 2001
FLORHAM PARK, NJ 07932-1007      DM1\20137971.1

DuaneMorris

Honorable George B. Daniels
September 29, 2025
Page 2

- Government motion to preclude Ms. Bond from testifying, or, in the alternative, to limit the scope of her testimony (ECF 57, 60), to which Ms. Bond responded (ECF 58);

- Government motion to cross-examine Ms. Bond on the substantive, underlying case to the extent she puts her credibility at issue (ECF 57, 60), to which Ms. Bond responded (ECF 58, 59);

- Government motion for an order directing Mayer Brown LLP to produce documents responsive to the subpoena served by the government on September 19, 2025 by a date certain in advance of the hearing (ECF 57), to which Ms. Bond responded (ECF 58);[1]

- Ms. Bond's motion to compel testimony by former U.S. Attorney Sassoon (ECF 58), to which the government responded (ECF 60); and

- Ms. Bond's motion to compel production of certain discovery by the government (ECF 58), to which the government responded (ECF 60).

The parties anticipate each submitting short letters concerning their outstanding applications, and any additional related application, today.

---

[1] The defense does not object to this motion. As the Court is aware, the subpoena to Mayer Brown requires the production of certain materials, including documents that would otherwise appear to be privileged, but for Ms. Bond's limited privilege waiver. The government and Ms. Bond have agreed on a procedure for the review and production of such documents, namely, they will first be produced to Ms. Bond for review for privilege, and Mayer Brown has accordingly been asked to collect all responsive documents and provide them to us on a rolling basis, with a final deadline of October 8, 2025. On Thursday, September 25, 2025, the government requested that Mayer Brown advise by 9:00 a.m. today if it would agree to comply with the production plan and schedule outlined above. Mayer Brown stated that it would not state its position on the requested schedule until tomorrow at 5:00 p.m. est. Depending on the nature of that response, a further motion to compel compliance may be necessary.

DuaneMorris

Honorable George B. Daniels
September 29, 2025
Page 3

                                      Respectfully submitted,

                                       /s/ *Eric R. Breslin*
                                      Eric R. Breslin

Cc:    All counsel of record (via ECF)