# EXHIBIT A

4:14









2 People >



Apr 15, 2024 at 9:01 AM

Hi Jason, I'm not sure if Gina told you but there were two FBI agents on my surety interview with SDNY yesterday, which she said was out of the ordinary. Apparently they called her in advance to let her know there would be 1 agent on due to my "status" and then they sprung 2 on us when we dialed in. I'm a bit worried about it - doesn't seem consistent with stopping an investigation.

Good morning, Michelle. I did know the FBI would be on, but having two seems like total bulls bit.



Good morning Jason and Gina, I've been going through my notes and messages and have several references to the statements that were made to us from the DOJ to induce Ryan's plea. What can we do about it? I don't think the answer should be nothing.



iMessage





4:14





GP JL

2 People



Also, in hindsight, I see that the 5th probably would have been appropriate on the surety call.

But we thought this was over.

Jason Linder

We're happy to talk it through with you. And I didnt say we would do nothing. I laid out the facts as I recalled them. If you have messages you'd like to discuss that are different than my recollection, happy to discuss those.

JL

Gina Parlovecchio

GP

1 Reply





iMessage





4:14







GP JL

2 People >

I would just like to know what our plan is on the point made to get Ryan's plea? I recall you were looking into prosecutorial misconduct, and that there was research being done on it. I am trying to understand what our plan is on this

GP



Jason Linder

We are doing research, Michelle. I've also laid out for you in our last call the lay of the land: they were careful not to promise, there is an integration clause in the plea agreement, Ryan testified under oath that there was no other promise, inducement, etc. that led him to plead guilty. And, even if none of that was true, there would be nothing anyone could do to stop an

iMessage



4:14









GP JL

2 People >

Jason Linder

We are doing research, Michelle. I've also laid out for you in our last call the lay of the land: they were careful not to promise, there is an integration clause in the plea agreement, Ryan testified under oath that there was no other promise, inducement, etc. that led him to plead guilty. And, even if none of that was true, there would be nothing anyone could do to stop an investigation. The goal will be to use whatever we can from this shitty thing they've done and are apparently are doing to persuade them not to charge you. We are gathering the best arguments (through legal research) we can and will think how and when best to raise it with them.

JL

iMessage





4:14








2 People

Gina Parlovecchio

GP

Ok thanks Gina. I was wondering what you've found on the other question - I recall Jason saying there was research being done on that.

Gina Parlovecchio

Yes, we have someone looking into the other issue as well re the SDNY's statements. I will let you know re the status.

GP

Apr 16, 2024 at 1:02 PM



iMessage

