# EXHIBIT C

7/30/2024

MB knew re traders from RS/FTX comp.
View of facts today - what she (MB) would say
No more access to campaign email/work records
Ask to share info to show we got it wrong

Jason Linder
Nandita Vasantha
Maggie
Mitch
Sheb Swett
Rob Sobelman
Lera Pomerantz

EXHIBIT
Bond 14

▮▮▮

Spring 2023
  Statements that would cease investigation if FS pled guilty

4/23 - AUSA took covert steps - sw for content of MB + RS phones
  Had already produced 589k + 67k docs, respectively

4/28 - WebEx w/ DS
  DS asked if w/ppy MB + RS - status had shifted
  Said yes
  DS said (reading from notes) - early disposition, no promises, conclude as to p1, conclude this facet of investigation

Taken aback for that offer
  Never seen that inducement
  Also talking points

If pled guilty - motivation that office would cease investigation
  Thought office would honor that statement

5/25/2023
- No records of FTX team walking back
- No notes that it was walked back - quick call

One instance where non-promised benefit was honored
Recently departed alums - Never heard of treaty this, would be honored

R's prejudiced
the ~~statement~~ MB would not have spoken to Court for co-signer interview
Had baby together, etc.

MB [no] prejudice - no access to email, texts, etc.
She didn't preserve records from ADAM, which are dissolved
Baby thinks this matter resolved
Custody trial



