UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

UNITED STATES OF AMERICA,

                Plaintiff,

   - v. -

MICHELLE BOND,

                Defendant.

------------------------------------x

ORDER

24 Cr. 494 (GBD)

GEORGE B. DANIELS, United States District Judge:

      The evidentiary hearing in this case, originally scheduled for September 25, 2025, is hereby ADJOURNED to October 16, 2025 at 9:45 A.M.

Dated: October 6, 2025
       New York, New York

                                    SO ORDERED.

                                    *George B. Daniels*
                                    GEORGE B. DANIELS
                                    United States District Judge