

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
LOS ANGELES
BOSTON
HOUSTON
DALLAS
FORT WORTH
AUSTIN

HANOI
HO CHI MINH CITY
SHANGHAI
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NORTH JERSEY
LAS VEGAS
SOUTH JERSEY
SYDNEY
MYANMAR

ALLIANCES IN MEXICO

*FIRM and AFFILIATE OFFICES*

ERIC R. BRESLIN
PARTNER
DIRECT DIAL: +1 973 424 2063
PERSONAL FAX: +1 973 556 1552
*E-MAIL:* ERBreslin@duanemorris.com

*www.duanemorris.com*

October 9, 2025

VIA ECF

PARTIALLY UNDER SEAL

Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

> **Re:    *United States v. Bond*, 1:24-cr-00494-GBD: October 16, 2025 Hearing**

Dear Judge Daniels,

We are the attorneys for Michelle Bond.  We write concerning the upcoming hearing on Ms. Bond's motion to dismiss/suppress, currently scheduled for October 16, 2025.  At the hearing, the defense intends to call Gina Parlovecchio of Mayer Brown LLP as its first and main witness.  Ms. Parlovecchio is Ms. Bond's prior lawyer and the lead attorney on Ms. Bond's case in 2024.  Ms. Parlovecchio was primarily responsible for communicating with the government in 2023 and 2024, the relevant time at issue in this motion.  Yesterday, Mayer Brown advised us and the government that ███████████████████████████████████████ ████████████████████████████████████████████████ They advise that she will not be available to testify on October 16.  The defense cannot effectively present its case without Ms. Parlovecchio's testimony, as she was the individual primarily in contact with the government and Ms. Bond in 2024.

The defense respectfully requests that the evidentiary hearing be adjourned given Ms. Parlovecchio's unavailability. The defense has conferred with the government, which does not object to a brief adjournment of the hearing on that basis. The parties will work with their witnesses to identify additional dates for the Court.

DuaneMorris

Honorable George B. Daniels
October 9, 2025
Page 2

The parties also jointly request that the Court hold a conference on October 16, 2025, at the time currently scheduled for the hearing.  There are several outstanding applications before the Court that can and should be discussed prior to the hearing.

Respectfully submitted,

 /s/ *Eric R. Breslin*
Eric R. Breslin

Enclosure
Cc:     All counsel of record (via ECF)
        Lauren R. Noll, Mayer Brown (via email)
        Matthew D. Ingbar, Mayer Brown (via email)
        Andrew S. Marovitz, Mayer Brown (via email)