**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------- x
UNITED STATES OF AMERICA,                :

       -against-                                      :

                                                                                   ORDER

                                                                                   24 Cr. 494 (GBD)

MICHELLE BOND                                  :

              Defendant.              :

------------------------------------- x

GEORGE B. DANIELS, United States District Judge:

        On July 28, 2025, this Court scheduled an evidentiary hearing to be held on September 25, 2025, regarding the Defendant's disputed claim that the Government promised that Ms. Bond would not be further investigated or prosecuted if her partner, Ryan Salame, plead guilty to his offense. (ECF No. 52.) On September 23, 2025, both parties requested, and this Court agreed to, an adjournment of the evidentiary hearing to "narrow[] some issues and streamline proceedings." (ECF No. 61; 62.) On September 29, 2025, the parties filed a joint letter enumerating the outstanding motions in this case, (ECF No. 63,) along with individual letters enumerating their arguments. (ECF Nos. 64; 65; 66.) This Court addresses each party's outstanding motions.

## I. OUTSTANDING MOTIONS

1. The Government's motion to preclude Ms. Bond from testifying, or in the alternative, limit the scope of her testimony prior to the hearing, (ECF Nos. 57; 60,) is **DENIED**.

2. Ms. Bond's request to limit the Government's cross examination to the scope of her direct examination, (ECF Nos. 59; 64,) is **GRANTED** to the extent that the Government's motion to cross-examine Ms. Bond "regarding aspects of the underlying case that bear on her credibility," (ECF Nos. 57; 60,) is **DENIED**.

3. Ms. Bond's motion to compel the Government to produce certain documents, (ECF No. 58,) is **GRANTED** to the extent that both parties are ordered to produce all documents, created on or before Ms. Bond's indictment on August 19, 2024, that indicate whether or not a promise was made that Ms. Bond would not be prosecuted.

4. The Government's motion, unopposed by Ms. Bond, seeking an order compelling Mayer Brown LLP to produce documents responsive to the subpoena served by the Government, (ECF No. 57,) is **GRANTED** to the extent that Mayer Brown is also ordered to produce all documents, created on or before Ms. Bond's indictment on August 19, 2024, that indicate whether or not a promise was made that Ms. Bond would not be prosecuted.

5. Ms. Bond's motion to compel testimony by former U.S. Attorney Danielle Sassoon, (ECF No. 58,) is **GRANTED**[1] to the extent that if the Government does not intend to call Ms. Sassoon as its witness, Ms. Bond may call Ms. Sassoon as Ms. Bond's witness.

## II. CONCLUSION

The hearing in this case is scheduled to begin on October 16, 2025, at 9:45 A.M. Given the sudden unavailability of one of the witnesses in this hearing, (ECF No. 68,) that witness's testimony will be adjourned to a future date. The parties should be prepared to proceed with all other available

---

[1] The Government has informed the Court that U.S. Attorney Sassoon has been authorized by the Department of Justice to provide non-privileged testimony if "(1) the Court first receives documentary evidence in the form of contemporaneous notes or testimonial evidence from attorneys at Mayer Brown who were present on the April 28, 2023 and May 25, 2023 calls in question; and (2) that evidence creates a genuine issue of disputed material fact regarding the accuracy of the content of the Government's notes of those calls, which have already been produced." (ECF No. 55.) Given that all relevant documents will be produced before the hearing, and there is a genuine issue of material fact as to whether or not a promise was made that Ms. Bond would not be prosecuted by the Government, U.S. Attorney Sassoon will be permitted to testify as to whether such promise ever existed.

witnesses on October 16, 2025. The Clerk of Court is directed to close the open motions on ECF Nos. 57, 59, 68.

Dated: October 9, 2025
      New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge