

| | | |
|---|---|---|
| NEW YORK | | HANOI |
| LONDON | | HO CHI MINH CITY |
| SINGAPORE | | SHANGHAI |
| PHILADELPHIA | *FIRM and AFFILIATE OFFICES* | ATLANTA |
| CHICAGO | | BALTIMORE |
| WASHINGTON, DC | | WILMINGTON |
| SAN FRANCISCO | ERIC R. BRESLIN | MIAMI |
| SILICON VALLEY | PARTNER | BOCA RATON |
| SAN DIEGO | DIRECT DIAL: +1 973 424 2063 | PITTSBURGH |
| LOS ANGELES | PERSONAL FAX: +1 973 556 1552 | NORTH JERSEY |
| BOSTON | *E-MAIL:* ERBreslin@duanemorris.com | LAS VEGAS |
| HOUSTON | | SOUTH JERSEY |
| DALLAS | *www.duanemorris.com* | SYDNEY |
| FORT WORTH | | MYANMAR |
| AUSTIN | | |
| | | ALLIANCES IN MEXICO |

October 20, 2025

VIA ECF

Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    <u>*United States v. Bond*, 1:24-cr-00494-GBD: Hearing Witnesses</u>

Dear Judge Daniels,

    We are the attorneys for Michelle Bond.  We write to update the Court on witnesses for the current evidentiary hearing.  According to Mayer Brown, Ms. Parlovecchio's situation has not improved and we have been informed she will not be available to testify until the end of November.  We are hopeful that she might be available earlier, will stay in contact with Mayer Brown and will keep the Court advised.

    In the meantime, the defense releases Jason Linder and Ms. Sassoon, with the caveat that, if Ms. Parlovecchio is still unable to testify in November, we may seek leave to revisit these issues with the Court.

    We are happy to answer any questions or address any concerns the Court may have.

                                     Respectfully submitted,

                                     /s/ *Eric R. Breslin*
                                   Eric R. Breslin

Enclosure
Cc:    All counsel of record (via ECF)
        Lauren R. Noll, Mayer Brown (via email)

DuaneMorris

Honorable George B. Daniels
October 20, 2025
Page 2

      Matthew D. Ingbar, Mayer Brown (via email)
      Andrew S. Marovitz, Mayer Brown (via email)