UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

UNITED STATES OF AMERICA,

               Plaintiff,

- v. -

MICHELLE BOND,

               Defendant.

------------------------------------x

ORDER

24 Cr. 494 (GBD)

GEORGE B. DANIELS, United States District Judge:

    The evidentiary hearing in this case is ADJOURNED until November 20, 2025, at 10:00 A.M.

Dated: October 23, 2025
       New York, New York

SO ORDERED.

*George B. Daniels* (signature)
GEORGE B. DANIELS
United States District Judge