

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

October 24, 2025

**BY ECF**

The Honorable George B. Daniels
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Michelle Bond*, 24 Cr. 494 (GBD)

Dear Judge Daniels:

    The Government respectfully writes concerning the ongoing evidentiary hearing in the above-captioned matter. In an effort to narrow the issues before the Court, the Government writes to confirm that it does not intend to offer in its case-in-chief any of the statements the defendant seeks to suppress in her motion. (Dkt. 39). Accordingly, only the defendant's pending motion to dismiss the indictment remains as the subject of the hearing.

    With respect to the next steps for the hearing, given that the defendant will no longer call former U.S. Attorney Danielle Sassoon as a witness at this hearing, the Government intends to do so. Ms. Sassoon has very limited availability in November. Accordingly, the Government requests that the Court schedule a continuation of the hearing, during which the Government is permitted to call Ms. Sassoon to testify, irrespective of whether the defendant chooses to call Ms. Parlovecchio later. The Government has conferred with Ms. Sassoon, and she is available any day the week of November 10 (recognizing that the court is closed on November 11 in observance of Veterans Day).

                                              Respectfully submitted,

                                              SEAN S. BUCKLEY
                                              Attorney for the United States, Acting Under
                                              Authority Conferred by 28 U.S.C. § 515

                              By:  <u>s/ Stephanie Simon</u>
                                         Stephanie Simon
                                         Daniel C. Richenthal
                                         Assistant United States Attorneys
                                         (212) 637-2581 / 2109

cc:    All counsel of record (by ECF)