# DuaneMorris®

HANOI
HO CHI MINH CITY
SHANGHAI
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NORTH JERSEY
LAS VEGAS
SOUTH JERSEY
SYDNEY
MYANMAR

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
LOS ANGELES
BOSTON
HOUSTON
DALLAS
FORT WORTH
AUSTIN

*FIRM and AFFILIATE OFFICES*

ERIC R. BRESLIN
PARTNER
DIRECT DIAL: +1 973 424 2063
PERSONAL FAX: +1 973 556 1552
*E-MAIL:* ERBreslin@duanemorris.com

*www.duanemorris.com*

ALLIANCES IN MEXICO

October 27, 2025

VIA ECF

Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

> **Re:** *United States v. Bond*, **1:24-cr-00494-GBD: October 16, 2025 Hearing**

Dear Judge Daniels,

We are the attorney for Michelle Bond.  We are in receipt of the Court's order setting the continuation of the hearing in this matter until November 20th, 2025. As we informed Your Honor's Deputy, Ms. Bond and counsel are available on that date.  We have transmitted the Court's order to Mayer Brown.

Last Friday, the government filed a letter requesting that Ms. Sassoon's testimony be heard on the week of November 10th.  The government did not communicate with us prior to sending this letter to inquire whether the defense could be available that week.  That week is very difficult.  I am scheduled to be out of the country on Monday.  On Tuesday, my wife has a significant medical appointment that I must attend with her.  On Wednesday, I am committed all day to teach a CLE for the American College of Trial Lawyers in New Jersey.  I am out of the state on Thursday and Friday on business.  In an attempt to accommodate the various interests here, I told the government I would try to move my obligation on the 12th and have investigated whether I could move or change my teaching obligation on Wednesday.  I cannot do so without undercutting the program to which I committed weeks ago.

We are not averse to working with the government to identify a different or earlier date.  But we do believe it is unfair for the government to attempt to unilaterally set dates without consulting the defense.  We respectfully request that the schedule remain as the Court has ordered it absent the parties submitting to the Court an alternative, jointly agreed upon date.

DUANE MORRIS LLP    *A DELAWARE LIMITED LIABILITY PARTNERSHIP*                    DAVID A. SUSSMAN, RESIDENT PARTNER

200 CAMPUS DRIVE, SUITE 300                    PHONE: +1 973 424 2000    FAX: +1 973 424 2001
FLORHAM PARK, NJ  07932-1007

DuaneMorris

Honorable George B. Daniels
October 27, 2025
Page 2

Respectfully submitted,

  /s/ *Eric R. Breslin*
Eric R. Breslin

Cc:    All counsel of record (via ECF)