

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

November 4, 2025

**BY ECF**

The Honorable George B. Daniels
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

     **Re:**    *United States v. Michelle Bond*, 24 Cr. 494 (GBD)

Dear Judge Daniels:

    The Government respectfully writes jointly with counsel for defendant Michelle Bond concerning the ongoing evidentiary hearing in the above-captioned matter, currently scheduled to continue on November 20, 2025, at 10 a.m.  As representatives of Mayer Brown LLP recently informed the Court, Gina Parlovecchio is likely unable to testify on November 20 and her availability going forward is uncertain.  The parties have conferred and agree that the Government may call former U.S. Attorney Danielle Sassoon as a witness on November 20 at 10 a.m. instead. The parties will continue to confer regarding potential dates for Ms. Parlovecchio's testimony, or in the alternative the testimony of Jason Linder, and update the Court promptly.

        Respectfully submitted,

        SEAN S. BUCKLEY
        Attorney for the United States, Acting Under
        Authority Conferred by 28 U.S.C. § 515

  By:  s/ Stephanie Simon
        Stephanie Simon
        Daniel C. Richenthal
        Assistant United States Attorneys
        (212) 637-2581 / 2109

cc:    All counsel of record (by ECF)