# Duane Morris®

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
LOS ANGELES
BOSTON
HOUSTON
DALLAS
FORT WORTH
AUSTIN

HANOI
HO CHI MINH CITY
SHANGHAI
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NORTH JERSEY
LAS VEGAS
SOUTH JERSEY
SYDNEY
MYANMAR

ALLIANCES IN MEXICO

MELISSA S. GELLER
PARTNER
DIRECT DIAL: +1 212 692.1077
PERSONAL FAX: +1 973 556 1552
E-MAIL: MSGeller@duanemorris.com

www.duanemorris.com

November 10, 2025

VIA ECF

Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:     <u>*United States v. Bond*, 1:24-cr-00494-GBD: October 16, 2025 Hearing</u>

Dear Judge Daniels,

      We are the attorneys for Michelle Bond. We write with regard to ▓▓▓▓▓▓▓▓▓▓ We need to state at the outset that we wish ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓.

      However, we would be remiss in our duty to Ms. Bond to fail to respectfully suggest that the Court needs to solicit more in the way of detail regarding ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ and what the real prospect is of ▓▓▓▓▓ being able to testify before Your Honor. We do not suggest that ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. Any information provided to the Court and ultimately shared with counsel can have all suitable and necessary privacy safeguards built in.

      ▓▓▓▓▓▓▓▓▓ is still subject to this Court's subpoena. From the defense's perspective, ▓▓ is a critical witness, easily the most critical witness of those remaining. ▓ had the most interactions with Ms. Bond and the government; far more and in far more critical instances than ▓▓▓▓▓▓▓. If at all possible, it is urgent that ▓ testify. ▓ absence will require a complete re-casting of the defense's strategy.

      There is as yet ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Really, nothing is

DuaneMorris

Honorable George B. Daniels
November 10, 2025
Page 2

before the Court other than a few well-intended, albeit somewhat vague, communications from ███████. We think there needs to be a modicum of ███████ provided, especially if ███████████████████████. Any other subpoenaed witness seeking to avoid a testimonial appearance on ███████ would have to do no less.

We submit to Your Honor that the record here needs to be complete and the following questions resolved:

1. ████████████████████████████████████████████████████████

   ████████████████████████████

3. Would a Zoom appearance or some other less rigorous means of testimony alleviate any of the concerns here?

It is not our motive here to pry or embarrass, only to assure that the record is complete and that the Court has the opportunity to hear from all necessary fact witnesses.

We will be prepared to discuss this issue in more detail on November 20th or sooner if the Court prefer.

Respectfully submitted,

/s/ Melissa S. Geller
Melissa S. Geller

Enclosure
Cc:   All counsel of record (via ECF)
      Lauren R. Noll, Mayer Brown (via email)
      Matthew D. Ingbar, Mayer Brown (via email)
      Andrew S. Marovitz, Mayer Brown (via email)