UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------x
UNITED STATES OF AMERICA,

            Plaintiff,

    - v. -

MICHELLE BOND,

            Defendant.

---------------------------------x

ORDER

24 Cr. 494 (GBD)

GEORGE B. DANIELS, United States District Judge:

    The continued evidentiary hearing in this case is scheduled for November 20, 2025 at 10:00 A.M. This Court intends to hear from witnesses Danielle Sassoon and Gina Parlovecchio. If Parlovecchio is unable to appear on November 20, 2025, she should appear to testify on December 18, 2025 at 10:00 A.M. If Parlovecchio is physically unable to appear on December 18, 2025, she should supply some detail to this Court as to why she is unable to appear, and propose a new date for her testimony.

Dated: November 12, 2025
      New York, New York

                                SO ORDERED.

                                *George B. Daniels*
                                GEORGE B. DANIELS
                                United States District Judge