

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
LOS ANGELES
BOSTON
HOUSTON
DALLAS
FORT WORTH
AUSTIN

*FIRM and AFFILIATE OFFICES*

ERIC R. BRESLIN
PARTNER
DIRECT DIAL: +1 973 424 2063
PERSONAL FAX: +1 973 556 1552
*E-MAIL:* ERBreslin@duanemorris.com

*www.duanemorris.com*

HANOI
HO CHI MINH CITY
SHANGHAI
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NORTH JERSEY
LAS VEGAS
SOUTH JERSEY
SYDNEY
MYANMAR

ALLIANCES IN MEXICO

December 8, 2025

**CONFIDENTIAL**

VIA ECF

Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    *United States v. Bond*, 1:24-cr-00494-GBD

Dear Judge Daniels:

    We are the attorneys for Michelle Bond.

    We write in connection with the letter filed by Mayer Brown on December 5, 2025 regarding Gina Parlovecchio's availability to testify. We are sorry to hear of Ms. Parlovecchio's continued medical issues, pleased that she is now able to work at 70% capacity and hopeful for her eventual complete recovery. That being said, we view Ms. Parlovecchio as a necessary and crucial witness to Ms. Bond's motion and cannot proceed on December 17, 2025 without Ms. Parlovecchio.

    Jason Linder is not an interchangeable witness or adequate substitute. Mr. Linder has informed us that he was almost completely uninvolved in Ms. Bond's case by 2024, which is a crucial time period. Ms. Parlovecchio, not Mr. Linder, was in primary contact with Ms. Bond in 2024 and was a party to communications and emails to which Mr. Linder was not. Ms. Parlovecchio wrote most of the relevant materials, including the proffer script that was given to the government after it indicated that it would indict Ms. Bond. *See* Ex. A.[1] She was the only Mayer Brown attorney in active communication with Mr. Salame's lawyers concerning the

---

[1] This document was admitted in evidence as Exhibit 15. *See* October 16, 2025 Evidentiary Hearing Tr. 67:13.

DUANE MORRIS LLP   *A DELAWARE LIMITED LIABILITY PARTNERSHIP*   DAVID A. SUSSMAN, RESIDENT PARTNER
200 CAMPUS DRIVE, SUITE 300   PHONE: +1 973 424 2000   FAX: +1 973 424 2001
FLORHAM PARK, NJ 07932-1007

DuaneMorris

The Honorable George B. Daniels
December 8, 2025
Page 2

Coram Nobis petition and edited a crucial affidavit by Mr. Salame concerning what he knew and understood when he took his plea. *See* Ex. B.  Ms. Sassoon testified that Ms. Bond's attorneys "feigned shock over the walkabout of the government's representation."  Ms. Parlovecchio will demonstrate that her shock was real and shared with both Ms. Bond and Mr. Salame. *See* Ex. C.  Only Ms. Parlovecchio, the lead attorney at the time, can testify as to her actual reaction and why she reacted the way she did.

     We request that these proceedings be continued until March when Ms. Parlovecchio can be expected to testify.  We will undertake to stay in touch with Mayer Brown concerning her progress.  If Ms. Parlovecchio is unable to testify by March, we may need to devise some alternative to avoid further delay.  In the meantime, we respectfully submit this additional delay is both warranted and necessary to ensure development of a full record.

Regards,

DUANE MORRIS LLP

*/s/ Eric R. Breslin*

Eric R. Breslin
Partner

ERB
Enclosure

Cc:    Daniel Richenthal, Esq.
        Stephanie Simon, Esq.
        Matthew Ingber, Esq.
        Melissa Geller, Esq.