| | |
|---|---|
| **From:** | Michelle Bond |
| **To:** | Breslin, Eric R.; Sutro, Stephen H.; Geller, Melissa S.; Welsh, Joseph R. |
| **Subject:** | Fwd: Privileged & Confidential - SDNY Outreach |
| **Date:** | Wednesday, September 17, 2025 10:59:54 AM |
| **Attachments:** | image001.png |

---------- Forwarded message ---------
From: **Parlovecchio, Gina** <GParlovecchio@mayerbrown.com>
Date: Tue, Apr 16, 2024 at 10:00 AM
Subject: Privileged & Confidential - SDNY Outreach
To: Michelle Bond <michellebond111@gmail.com>
Cc: Linder, Jason <JLinder@mayerbrown.com>

Michelle,

We received an email late yesterday from the SDNY prosecutor who we understand is now in charge of your investigation. He reached out to us to introduce himself and the other AUSA who is working on the investigation with him (neither was part of the FTX prosecution team) with a request to speak with us about the "status of [your] investigation." Before we reach back out to him, we wanted to speak with you first, of course. Please let us know some times that work for you and we will arrange a time as soon as we can.

First, before we speak with the AUSAs, we wanted to assure you that in our first conversation with them we plan to raise the issue of the statements made by the FTX prosecutors that left us with the understanding that they were going to discontinue the part of their investigation relating to Ryan's payments to you during your congressional campaign if Ryan resolved his case through a plea. We plan to continue to raise this issue strategically at points to demonstrate how their misleading statements prejudiced you and Ryan. As we mentioned in our text messages, we have completed research on this issue that we would like to share with you. But to give you a preview, as a legal matter, the case law we found indicates that this may not be our strongest argument, but as a matter of equity, we feel strongly that we should press this issue.



We look forward to speaking with you further about these issues soon.

Best regards,
Gina and Jason

_____

**Gina M. Parlovecchio**



*Partner*
Mayer Brown LLP
1221 Avenue of the Americas
New York, NY 10020-1001
T +1 212 506 2522 | M +1 929 343 8470

gparlovecchio@mayerbrown.com
mayerbrown.com



_____

This email and any files transmitted with it are intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the system manager. If you are not the named addressee you should not disseminate, distribute or copy this e-mail.

Mayer Brown is a global services provider comprising an association of legal practices that are separate entities, including Mayer Brown LLP (Illinois, USA), Mayer Brown International LLP (England), Mayer Brown (a Hong Kong partnership) and Tauil & Chequer Advogados (a Brazilian partnership).

Information about how we handle personal information and our use of relationship insight tools in conjunction with email is available in our Privacy Notice.