UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA,

                Plaintiff,

    - v. -

MICHELLE BOND,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

<u>ORDER</u>

24 Cr. 494 (GBD)

GEORGE B. DANIELS, United States District Judge:

    The evidentiary hearing in this case is ADJOURNED until March 4, 2026, at 10:00 A.M.

Dated: December 12, 2025
       New York, New York

SO ORDERED.

*/s/ George B. Daniels*
GEORGE B. DANIELS
United States District Judge