

| | | |
|---|---|---|
| NEW YORK | | HANOI |
| LONDON | | HO CHI MINH CITY |
| SINGAPORE | *FIRM and AFFILIATE OFFICES* | SHANGHAI |
| PHILADELPHIA | | ATLANTA |
| CHICAGO | | BALTIMORE |
| WASHINGTON, DC | | WILMINGTON |
| SAN FRANCISCO | MELISSA S. GELLER | MIAMI |
| SILICON VALLEY | PARTNER | BOCA RATON |
| SAN DIEGO | DIRECT DIAL: +1 212 692 1077 | PITTSBURGH |
| LOS ANGELES | E-MAIL: MSGeller@duanemorris.com | NORTH JERSEY |
| BOSTON | | LAS VEGAS |
| HOUSTON | *www.duanemorris.com* | SOUTH JERSEY |
| DALLAS | | SYDNEY |
| FORT WORTH | | MYANMAR |
| AUSTIN | | |
| | | ALLIANCES IN MEXICO |

March 3, 2026

VIA ECF

Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    <u>*United States v. Bond*, 1:24-cr-00494-GBD: October 16, 2025 Hearing</u>

Dear Judge Daniels,

    I will be appearing before the Court tomorrow, March 4, 2026 for an evidentiary hearing in this matter. Enclosed with this letter is a proposed technology order to allow me to bring technology into the courthouse.

    I thank the Court for its courtesy.

                                                Respectfully submitted,

                                                /s/ *Melissa S. Geller*
                                                Melissa S. Geller

Enclosure