

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

March 6, 2026

**BY ECF**

The Honorable George B. Daniels
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *United States v. Michelle Bond*, 24 Cr. 494 (GBD)

Dear Judge Daniels:

      The Government respectfully submits this letter to inform the Court that it has received a transcript of the evidentiary hearing from earlier this week on March 4, 2026, and is conferring with the defendant about a briefing schedule.  Separately, while time under the Speedy Trial Act is already excluded under 18 U.S.C. § 3161(h)(1)(D) due to the defendant's pending pretrial motion to dismiss and the hearing on that motion, the Government nonetheless respectfully requests in an abundance of caution, with the consent of the defendant, that the Court exclude time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), through a control date two months from today: May 6, 2026.  The Government respectfully submits that an exclusion of time would serve the ends of justice and outweigh the best interests of the public and the defendant in a speedy trial because it would allow the parties to review discovery, to complete motion practice and the pending evidentiary hearing, and to engage in discussions regarding a potential resolution of the matter without the need for trial.

      The Government respectfully encloses a proposed order excluding time for the Court's consideration.

      Respectfully submitted,

      SEAN S. BUCKLEY
      Attorney for the United States, Acting Under
      Authority Conferred by 28 U.S.C. § 515

By:  /s/ David R. Felton
      David R. Felton
      Daniel C. Richenthal
      Stephanie Simon
      Assistant United States Attorneys
      (212) 637-2299/-2109/-2581

cc:  All counsel of record (by ECF)