| | | |
|---|---|---|
| NEW YORK |  | HANOI |
| LONDON | | HO CHI MINH CITY |
| SINGAPORE | | SHANGHAI |
| PHILADELPHIA | *FIRM and AFFILIATE OFFICES* | ATLANTA |
| CHICAGO | | BALTIMORE |
| WASHINGTON, DC | | WILMINGTON |
| SAN FRANCISCO | MELISSA S. GELLER | MIAMI |
| SILICON VALLEY | PARTNER | BOCA RATON |
| SAN DIEGO | DIRECT DIAL: +1 212 692 1077 | PITTSBURGH |
| LOS ANGELES | PERSONAL FAX: +1 973 556 1552 | NORTH JERSEY |
| BOSTON | *E-MAIL:* MSGeller@duanemorris.com | LAS VEGAS |
| HOUSTON | | SOUTH JERSEY |
| DALLAS | *www.duanemorris.com* | SYDNEY |
| FORT WORTH | | MYANMAR |
| AUSTIN | | |
| | | ALLIANCES IN MEXICO |

March 10, 2026

VIA ECF

Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    <u>*United States v. Bond*, 1:24-cr-00494-GBD</u>

Dear Judge Daniels:

      We represent Michelle Bond in this matter.  The defense and the government have conferred on a briefing schedule and propose the following, which accounts for the vacation, travel, and trial schedules of the lawyers on each team:

      Defense Opening Brief:  March 27

      Government Opposition: April 17

      Defense Reply: April 24

      Conference week of May 18 at the Court's convenience.

      We thank the Court for consideration of this joint scheduling request.

                                      Respectfully submitted,

                                      /s/ *Melissa S. Geller*
                                    Melissa S. Geller

Cc:    All counsel of record (via ECF)

DUANE MORRIS LLP   *A DELAWARE LIMITED LIABILITY PARTNERSHIP*   DAVID A. SUSSMAN, RESIDENT PARTNER
200 CAMPUS DRIVE, SUITE 300                                                PHONE: +1 973 424 2000   FAX: +1 973 424 2001
FLORHAM PARK, NJ  07932-1007