| | | |
|---|---|---|
| NEW YORK<br>LONDON<br>SINGAPORE<br>PHILADELPHIA<br>CHICAGO<br>WASHINGTON, DC<br>SAN FRANCISCO<br>SILICON VALLEY<br>SAN DIEGO<br>LOS ANGELES<br>BOSTON<br>HOUSTON<br>DALLAS<br>FORT WORTH<br>AUSTIN | **DuaneMorris**®<br><br>*FIRM and AFFILIATE OFFICES*<br><br>MELISSA S. GELLER<br>PARTNER<br>DIRECT DIAL: +1 212 692 1077<br>PERSONAL FAX: +1 973 556 1552<br>*E-MAIL:* MSGeller@duanemorris.com<br><br>*www.duanemorris.com* | HANOI<br>HO CHI MINH CITY<br>SHANGHAI<br>ATLANTA<br>BALTIMORE<br>WILMINGTON<br>MIAMI<br>BOCA RATON<br>PITTSBURGH<br>NORTH JERSEY<br>LAS VEGAS<br>SOUTH JERSEY<br>SYDNEY<br>MYANMAR<br><br>ALLIANCES IN MEXICO |

March 10, 2026

VIA ECF

Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

SO ORDERED:

*/s/ George B. Daniels*
George B. Daniels, U.S.D.J.

Dated: MAR 1 2 2026

Re:   *United States v. Bond*, 1:24-cr-00494-GBD

Dear Judge Daniels:

We represent Michelle Bond in this matter. The defense and the government have conferred on a briefing schedule and propose the following, which accounts for the vacation, travel, and trial schedules of the lawyers on each team:

Defense Opening Brief: March 27

Government Opposition: April 17

Defense Reply: April 24

Conference week of May 18 at the Court's convenience.

We thank the Court for consideration of this joint scheduling request.

Respectfully submitted,

*/s/ Melissa S. Geller*
Melissa S. Geller

Cc:   All counsel of record (via ECF)