**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,                        :

                           Plaintiff,        :

             - v. -                         :

MICHELLE BOND,                                   :

                   Defendant.        :

                                                      :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ORDER**

24 Cr. 494 (GBD)

GEORGE B. DANIELS, United States District Judge:

A conference in this case shall be held on May 21, 2026 at 10:00 A.M.

Dated: March 17, 2026
       New York, New York

SO ORDERED.

_George B. Daniels_
GEORGE B. DANIELS
United States District Judge