

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

April 9, 2026

**BY ECF**

The Honorable George B. Daniels
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

SO **ORDERED:**

*[signature]*

~~Ō~~rge B. Daniels, U.S.D.J.

Dated:     **APR 1 3 2026**

Re:     *United States v. Michelle Bond*, **24 Cr. 494 (GBD)**

Dear Judge Daniels:

Due to competing deadlines, including a trial starting next week, the Government respectfully submits this letter, with the consent of the defendant, to request that the Court extend by two business days the two remaining post-hearing briefing filing deadlines, so that the opposition deadline would be extended from April 17 to April 21 and the reply deadline from April 24 to April 28.

Respectfully submitted,

SEAN S. BUCKLEY
Attorney for the United States, Acting Under
Authority Conferred by 28 U.S.C. § 515

By:  /s/ David R. Felton
     David R. Felton
     Daniel C. Richenthal
     Stephanie Simon
     Assistant United States Attorneys
     (212) 637-2299/-2109/-2581

cc: All counsel of record (by ECF)