# DuaneMorris®

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
LOS ANGELES
BOSTON
HOUSTON
DALLAS
FORT WORTH
AUSTIN

*FIRM and AFFILIATE OFFICES*

MELISSA S. GELLER
PARTNER
DIRECT DIAL: +1 212 692 1077
*E-MAIL:* MSGeller@duanemorris.com

*www.duanemorris.com*

HANOI
HO CHI MINH CITY
SHANGHAI
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NORTH JERSEY
LAS VEGAS
SOUTH JERSEY
SYDNEY
MYANMAR

ALLIANCES IN MEXICO

April 23, 2026

**VIA ECF**

Honorable George B. Daniels
Southern District of New York
500 Pearl Street
New York, New York 10007

SO ORDERED:

*/s/ George B. Daniels*

George B. Daniels, U.S.D.J.

Dated: __APR 2 7 2026__

Re:    **United States v. Bond, No. 1:24-cr-00494 (GBD)**

Dear Judge Daniels:

We represent Michelle Bond in this matter. Ms. Bond's reply for post-hearing motions is currently due on Tuesday, April 28. We respectfully request an extension to Friday, May 1. Mr. Breslin and I are traveling on Monday for plea hearings. We each have separate hearings and trials on Tuesday and Wednesday in New Jersey. We previously consented to an extension to the government's time to file but did not realize at the time that our revised due date would conflict with these obligations.

The original briefing deadline was April 24, 2026, which was moved to April 28, 2026 to accommodate the government's schedule. This is our first request for an extension. The government has consented to this request. We thank the Court for its consideration of this request.

Respectfully submitted,

*/s/ Melissa S. Geller*
Melissa S. Geller

cc:    All counsel of record (via ECF)

DUANE MORRIS LLP
_____
22 VANDERBILT, 335 MADISON, 23ᴿᴰ FLOOR           PHONE: +1 212 692 1000    FAX: +1 212 692 1020
NEW YORK, NY 10017