**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

May 1, 2026

**BY ECF**

The Honorable George B. Daniels
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

> Re:  *United States v. Michelle Bond*, 24 Cr. 494 (GBD)

Dear Judge Daniels:

The Government respectfully submits this letter to request that the Court exclude time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), from May 6, 2026 through and including May 21, 2026, the date of the next conference. (Dkt. 90, 94). While time under the Speedy Trial Act is already excluded under 18 U.S.C. § 3161(h)(1)(D) due to the defendant's pending pretrial motion to dismiss and the hearing on that motion, in an abundance of caution the Government respectfully submits that an exclusion of time under 18 U.S.C. § 3161(h)(7)(A) would serve the ends of justice and outweigh the best interests of the public and the defendant in a speedy trial because it would allow the parties to review discovery, to complete motion practice and the pending evidentiary hearing, and to engage in discussions regarding a potential resolution of the matter without the need for trial. The defendant consents to this request.

The Government encloses a proposed order excluding time for the Court's consideration.

Respectfully submitted,

SEAN S. BUCKLEY
Attorney for the United States, Acting Under
Authority Conferred by 28 U.S.C. § 515

By:  /s/ David R. Felton
David R. Felton
Daniel C. Richenthal
Stephanie Simon
Assistant United States Attorneys
(212) 637-2299/-2109/-2581

Enclosure

cc: All counsel of record (by ECF)