

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

May 7, 2026

**BY ECF**

The Honorable George B. Daniels
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

> **Re:**   *United States v. Michelle Bond*, **24 Cr. 494 (GBD)**

Dear Judge Daniels:

The next pre-trial conference in the above-referenced matter is currently scheduled for May 21, 2026.  Based on its understanding that the Court is no longer available on May 21, the Government respectfully writes to request an adjournment of that conference until June 23, 2026, and exclusion of time under the Speedy Trial Act.

The Government understands that the Court is available on June 23 for the conference, as are the Government and counsel from Duane Morris LLP on behalf of the defendant.  However, counsel from Cahill Gordon & Reindel LLP—who recently entered an appearance on behalf of the defendant as co-counsel to Duane Morris after the hearing evidentiary record was completed (Dkt. 93)—is not available on June 23.  For that reason, the defense has conveyed that it "would prefer either July 21 or 22."

Although the Government is also available on July 21 or 22, the Government submits that June 23 is appropriate for the next pre-trial conference, given that the Court, the Government, and Duane Morris are all available on that date.  As the Court is aware, Duane Morris has represented the defendant since August 2024; briefed the pending motion pre- and post-hearing; examined all three hearing witnesses; and continues to represent the defendant.  Further, this case has been pending for more than a year and a half, and no trial date is set.  Under these circumstances, delaying the conference until late July is not warranted.

Hon. George B. Daniels
May 7, 2026
Page 2

      With the defendant's consent, the Government also requests that time be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), through the new date.

Respectfully submitted,

SEAN S. BUCKLEY
Attorney for the United States, Acting Under
Authority Conferred by 28 U.S.C. § 515

By:  /s/ David R. Felton
    David R. Felton
    Daniel C. Richenthal
    Stephanie Simon
    Assistant United States Attorneys
    (212) 637-2299/-2109/-2581

cc:  All counsel of record (by ECF)