# CAHILL GORDON & REINDEL LLP

32 OLD SLIP
NEW YORK, NY 10005

TELEPHONE: (212) 701-3000
WWW.CAHILL.COM

| 1990 K STREET, N.W. | 221 W. 10th STREET | 20 FENCHURCH STREET |
|---|---|---|
| WASHINGTON, DC 20006 | WILMINGTON, DE 19801 | LONDON EC3M 3BY |
| (202) 862-8900 | (302) 884-0000 | +44 (0) 20 7920 9800 |

May 7, 2026

**VIA ECF**
The Honorable George B. Daniels
United States District Court
Southern District of New York
500 Pearl Street New York, New York 10007

Re:     *United States v. Michelle Bond*, 24 Cr. 494 (GBD)

Dear Judge Daniels:

We write in brief response to the government's letter submitted today to clarify the position of defense counsel and correct representations that the government has made to the Court about defense counsel availability for the next conference before the Court.  Ms. Bond wishes to be represented in all matters before the Court by co-counsel Duane Morris and Cahill.

When the government first informed all defense counsel that the Court wished to adjourn the May 21 conference date, to which the defense has no objection, the government offered several date options, including July 20-22, for the next conference.  Mr. Breslin indicated in response to the government that he himself was available on June 23, but that he "will check with everyone else on our side" and get back to the government.  When he did that, he learned that Cahill was not available on June 23, but that everyone could be available for the July 21-22 dates that the Court had originally proposed as options to the government.  The government disregarded the information from defense counsel about availability that it originally sought, and unilaterally submitted the letter this morning to the Court, proposing June 23 for the next conference.

Given that both Duane Morris and Cahill are available for July 21-22, dates the government originally conveyed were available dates for the Court, Ms. Bond respectfully requests that the Court schedule the next conference for one of those dates.  Ms. Bond consents to the exclusion of time under the Speedy Trial Act to one of those July dates as set by the Court.

Respectfully submitted,

*/s/ Edward C. O'Callaghan*
Edward C. O'Callaghan

cc: All counsel of record (via ECF)