**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA,

        -against-

MICHELLE BOND,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

       ORDER

    24 Crim. 494 (GBD)

GEORGE B. DANIELS, United States District Judge:

The status conference scheduled for May 21, 2026 is hereby adjourned to June 25, 2026 at 10:00 a.m. On the Government's motion, time is excluded in the interest of justice pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), until the next hearing.

Dated: May 7, 2026
      New York, New York

                       SO ORDERED.

                       *George B. Daniels*
                       GEORGE B. DANIELS
                       United States District Judge