# DuaneMorris®

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
LOS ANGELES
BOSTON
HOUSTON
DALLAS
FORT WORTH
AUSTIN

*FIRM and AFFILIATE OFFICES*

ERIC R. BRESLIN
PARTNER
DIRECT DIAL: +1 973 424 2063
PERSONAL FAX: +1 973 556 1552
*E-MAIL:* ERBreslin@duanemorris.com

*www.duanemorris.com*

HANOI
HO CHI MINH CITY
SHANGHAI
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NORTH JERSEY
LAS VEGAS
SOUTH JERSEY
SYDNEY
MYANMAR

ALLIANCES IN MEXICO

May 12, 2026

VIA ECF

Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

> **Re:**    *United States v. Bond*, **1:24-cr-00494-GBD**

Dear Judge Daniels:

We are co-counsel for Michelle Bond.

We are in receipt of Your Honor's order last week setting a status/scheduling conference in this matter for 10:00 am on June 25th, 2026.

Unfortunately, I have long-standing plans to be in France on that day on a vacation with friends and family and am scheduled to depart on the evening of June 24th. I have consulted with the government on this issue and they have consented to either of the following two options:

1. That the status/scheduling conference be re-scheduled for 10:00 am on June 24th; or

2. That I be allowed to participate via Zoom or telephone on June 25th with other members of the defense team in Court in person.

This, of course, presupposes that the next appearance is a status/scheduling conference and not oral argument on the pending defense application.

DUANE MORRIS LLP    *A DELAWARE LIMITED LIABILITY PARTNERSHIP*                    DAVID A. SUSSMAN, RESIDENT PARTNER

200 CAMPUS DRIVE, SUITE 300                                    PHONE: +1 973 424 2000    FAX: +1 973 424 2001
FLORHAM PARK, NJ 07932-1007

DuaneMorris

The Honorable George B. Daniels
March 12, 2026
Page 2

       I very much appreciate the Court's courtesy in this matter.

Respectfully submitted,

 /s/ *Eric R. Breslin*
Eric R. Breslin

Cc:     Counsel of record (via email)