**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

      Plaintiff,

v.

MICHELLE BOND,

      Defendant

Docket No. 1:24-cr-000494-GBD

## NOTICE OF ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that Louis Capizzi of Cahill Gordon & Reindel LLP hereby enters his appearance as counsel for Defendant Michelle Bond in the above-captioned proceeding.  I certify that I am admitted to practice in this Court.

Dated: June 18, 2026

Respectfully submitted,

/s/ Louis Capizzi
Louis Capizzi
**CAHILL GORDON & REINDEL LLP**
32 Old Slip
New York, New York 10005
(212) 701-3482
LCapizzi@Cahill.com