**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA

v.

MICHELLE BOND,

          Defendant.

Docket No. 1:24-cr-000494-GBD

### MOTION TO WITHDRAW THE APPEARANCE OF DUANE MORRIS ATTORNEYS AS COUNSEL FOR DEFENDANT MICHELLE BOND

Pursuant to Local Criminal Rule 1.2 and Local Civil Rule 1.4 of the Southern District of New York, Duane Morris moves to withdraw the appearance of attorneys Stephen H. Sutro (admitted pro hac vice), Eric R. Breslin, Melissa S. Geller, Joseph Welch (admitted pro hac vice), and Matthew Caminiti as counsel for Defendant Michelle Bond.  In support of this motion, the undersigned states as follows:

1.      Mr. Breslin and Ms. Geller entered notices of appearance on behalf of Ms. Bond on August 27, 2024.  Mr. Sutro was admitted pro hac vice on September 30, 2024.  Mr. Welsh was admitted pro hac vice on October 3, 2024.  Mr. Caminiti appears as counsel of record by virtue of filing a letter on behalf of Mr. Breslin on June 25, 2025.

2.      Ms. Bond continues to be represented by Edward O'Callaghan and Louis Capizzi of Cahill Gordon & Reindel, LLP, as indicated on the docket.

3.      The Court issued an order denying Ms. Bond's pre-trial motions on June 17, 2026.  A status conference is scheduled for June 25, 2026.  The Court has not yet set a trial date.

4.      Duane Morris cannot disclose specific reasons for withdrawal without breaching the attorney client privilege, but can provide information to the Court *in camera* should the Court so order.

1

5.      Ms. Bond consents to this motion and will not be prejudiced by it.

6.      Duane Morris is not asserting a retaining or charging lien.

7.      The undersigned affirms that she sent Ms. Bond a copy of this motion via email and has caused a copy to be sent to Ms. Bond via First Class Mail on June 19, 2026.  Ms. Bond has thus been served with a copy of this motion as required by the Local Rules.  Addresses of service are not set forth here to protect Ms. Bond's privacy, but can be provided upon the Court's request.  All counsel of record are served via ECF.

WHEREFORE the undersigned respectfully requests that the Court grant this motion to withdraw and direct the clerk to terminate the appearances of Eric R. Breslin, Melissa S. Geller, Stephen H. Sutro, Joseph Welsh, and Matthew Caminiti on the docket of this case with immediate effect.

Dated:  June 19, 2026
New York, New York

**DUANE MORRIS LLP**

*/s/  Melissa S. Geller*
Eric R. Breslin, Esq.
Matthew Caminiti
200 Campus Drive, Suite 300
Florham Park, NJ 07932
Tel: 973-424-2000
erbreslin@duanemorris.com

Stephen H. Sutro, Esq. (admitted *pro hac vice*)
Spear Tower
One Market Plaza, Suite 2200
San Francisco, CA 94105-1127
Tel: 415-957-3008
Email: shsutro@duanemorris.com

Melissa S. Geller, Esq.
22 Vanderbilt
335 Madison Ave, 23rd Floor
New York, New York 10017
Tel: 212-692-1000
Email: msgeller@duanemorris.com

2

Joseph R. Welsh, Esq. (admitted *pro hac vice*)
30 S. 17th Street
Philadelphia, PA 19103
Tel: 215-979-1163
Email: jrwelsh@duanemorris.com

3