**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MICHELLE BOND,<br><br>　　　　　Defendant. | Docket No. 1:24-cr-000494-GBD |

### NOTICE OF DEFENDANT'S MOTIONS *IN LIMINE*

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law, Defendant Michelle Bond moves *in limine*, by and through undersigned counsel, before the Honorable George B. Daniels, United States District Judge for the Southern District of New York, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Courtroom 11A, New York, New York 10007, on July 31, 2026: (1) to exclude evidence of Ryan Salame's guilty plea and related plea materials under Federal Rule of Evidence 403 because its probative value is substantially outweighed by its significant risk of unfair prejudice to Ms. Bond; (2) to exclude Mr. Salame's plea materials, including his plea allocution, under the Confrontation Clause of the Sixth Amendment; and (3) to admit evidence of Ms. Bond's contemporaneous divorce and custody proceedings because the evidence is relevant and admissible under Federal Rule of Evidence 401 and should not be excluded under Federal Rule of Evidence 403.

Dated: July 31, 2026

Respectfully submitted,

*/s/ Edward C. O'Callaghan*
Edward C. O'Callaghan
**CAHILL GORDON & REINDEL LLP**
900 16th Street, N.W. Suite 500
Washington, DC 200006
Telephone: 202-862-8900
EOcallaghan@cahill.com

Kiersten A. Fletcher
Louis A. Capizzi III
**CAHILL GORDON & REINDEL LLP**
32 Old Slip
New York, NY 10005
Telephone: 212-701-3000
KFletcher@cahill.com
LCapizzi@cahill.com

*Attorneys for Defendant Michelle Bond*