**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MICHELLE BOND,<br><br>      Defendant. | Docket No. 1:24-cr-000494-GBD |

### NOTICE OF DEFENDANT'S OMNIBUS MOTION TO
### COMPEL DISCOVERY IN SUPPORT OF CONSTITUTIONAL DEFENSES

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law and supporting declaration dated July 31, 2026, including all exhibits thereto, Defendant Michelle Bond moves, by and through undersigned counsel, before the Honorable George B. Daniels, United States District Judge for the Southern District of New York, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Courtroom 11A, New York, New York 10007, on July 31, 2026: (1) to compel the government to complete a comprehensive review of its case file for exculpatory material pursuant to *Brady* v. *Maryland*, 373 U.S. 83, 87 (1963), to adequately explain the contours of such a review, and to disclose to Ms. Bond any evidence identified through that review which is favorable to a pair of theories critical to Ms. Bond's defense; (2) to compel discovery into whether the prosecution of Ms. Bond was motivated by an improper purpose, in violation of the Due Process Clause of the Fifth Amendment; (3) for a hearing, pursuant to *Franks* v. *Delaware*, 438 U.S. 154 (1978), to determine whether certain evidence should be suppressed because exculpatory evidence was wrongfully omitted from the affidavits filed in support of the applications for the warrants in question; and (4) for an order compelling the government to produce minutes from the grand jury which indicted Ms. Bond.

2

Dated: July 31, 2026

Respectfully submitted,

/s/ Edward C. O'Callaghan_____
Edward C. O'Callaghan
**CAHILL GORDON & REINDEL LLP**
900 16th Street, N.W. Suite 500
Washington, DC 20006
Telephone: 202-862-8900
EOcallaghan@cahill.com

Kiersten A. Fletcher
Louis A. Capizzi III
**CAHILL GORDON & REINDEL LLP**
32 Old Slip
New York, NY 10005
Telephone: 212-701-3000
KFletcher@cahill.com
LCapizzi@cahill.com

*Attorneys for Defendant Michelle Bond*

2