**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MICHELLE BOND,<br><br>Defendant. | Docket No. 1:24-cr-000494-GBD |

### DECLARATION OF EDWARD C. O'CALLAGHAN IN SUPPORT OF DEFENDANT'S OMNIBUS MOTION TO COMPEL DISCOVERY IN SUPPORT OF CONSTITUTIONAL DEFENSES

I, Edward C. O'Callaghan, declare under penalty of perjury pursuant to 28 U.S.C. §1746, that the following is true and correct:

1.     I am admitted to the Bar of this Court and am a member of the law firm Cahill Gordon & Reindel LLP, which represents Defendant Michelle Bond in this matter.  I make this declaration in support of Ms. Bond's Omnibus Motion to Compel Discovery in Support of Constitutional Defenses (the "Motion") and to place before the Court certain documents and information referenced in Ms. Bond's Memorandum of Law in support of the motion.

2.     Pursuant to Local Rule of Criminal Procedure 16.1, counsel for Ms. Bond has engaged in good faith with counsel for the government in order to resolve the issues that are the subject of the Motion.  As part of these efforts, the parties exchanged multiple letters and conferred via a teleconference held on July 14, 2026.  The parties were unable to resolve their disagreements over the issues raised in this Motion.  Additionally, the government continues to oppose the Motion on timeliness grounds.

3.      Attached hereto as **Exhibit 1** is a true and correct copy of the affidavit, dated April 11, 2023, submitted as part of the application for a warrant to search Ms. Bond's and Ryan Salame's iCloud accounts; the April 11, 2023 Search Warrant and Non-Disclosure Order; and all related attachments and exhibits (filed under seal).

4.      Attached hereto as **Exhibit 2** is a true and correct copy of the affidavit and application, dated May 1, 2023, for a warrant to search Ms. Bond's and Mr. Salame's iPhones; and all related attachments and exhibits (filed under seal).

5.      Attached hereto as **Exhibit 3** is a true and correct copy of notes from the March 28, 2023 attorney proffer of witness E.Z. (filed under seal), which the government produced to Ms. Bond on July 2, 2026.

6.      Attached hereto as **Exhibit 4** is a true and correct copy of certain text message communications between Ms. Bond and E.Z. from September 8, 2022 that were obtained from the government's Cellebrite report of Ms. Bond's iPhone.  In Exhibit 4, personal identifying numbers and the full name of E.Z. are redacted pursuant to S.D.N.Y. Electronic Case Filing Rules & Instructions § 21.4, this Court's Individual Rule I.D.i., and the Protective Order entered in this case on September 30, 2024.

7.      Attached hereto as **Exhibit 5** is a true and correct copy of certain text message communications between Ms. Bond and E.Z. from September 9, 2022, through September 12, 2022 that were obtained from the government's Cellebrite report of Ms. Bond's iPhone.  In Exhibit 4, personal identifying numbers and the full name of E.Z. are redacted pursuant to S.D.N.Y. Electronic Case Filing Rules & Instructions § 21.4, this Court's Individual Rule I.D.i., and the Protective Order entered in this case on September 30, 2024.

8.      Attached hereto as **Exhibit 6** is a true and correct copy of the June 23, 2026 letter Ms. Bond's counsel sent to the government with direct quotations from documents filed under seal redacted and E.Z.'s full name redacted.

9.      Attached hereto as **Exhibit 7** is a true and correct copy of the July 2, 2026 letter the government sent to Ms. Bond's counsel with direct quotations from documents filed under seal redacted.

10.     Attached hereto as **Exhibit 8** is a true and correct copy of the July 24, 2026 letter the government sent to Ms. Bond's counsel with Defendant's personal identifying information redacted.

11.     Attached hereto as **Exhibit 9** is a true and correct copy of a Signal chat titled "Donation Processing," which the government produced to Ms. Bond on July 2, 2026.

12.     Attached hereto as **Exhibit 10** is a true and correct copy of an internal government email dated August 9, 2024, containing notes of a meeting between the government and three consultants (filed under seal), which the government produced to Ms. Bond on July 2, 2026.

13.     Attached hereto as **Exhibit 11** is a true and correct copy of the July 8, 2026 letter Ms. Bond's counsel sent to the government with direct quotations from documents filed under seal redacted and E.Z.'s full name redacted.

14.     Attached hereto as **Exhibit 12** is a true and correct copy of an email thread between Ms. Bond's counsel and the government containing communications between June 23, 2026, and July 29, 2026 with Defendant's personal identifying information redacted.

15.     Attached hereto as **Exhibit 13** is a true and correct copy of a letter from Sullivan & Cromwell LLP to the government dated February 14, 2024.

3

16.     Attached hereto as **Exhibit 14** is a true and correct copy of an email thread between the government and Sullivan & Cromwell LLP containing communications between December 11, 2023, and February 2, 2024, with Defendant's personal identifying information redacted.

17.     Attached hereto as **Exhibit 15** is a true and correct copy of a Federal Bureau of Investigation report regarding a May 9, 2024  proffer of witness P.J. (filed under seal), which the government produced to Ms. Bond on July 30, 2026.

18.     Attached hereto as **Exhibit 16** is a true and correct copy of a Federal Bureau of Investigation report regarding a June 19, 2024 proffer of witness B.V. (filed under seal), which the government produced to Ms. Bond on July 30, 2026.

19.     Attached hereto as **Exhibit 17** is a true and correct excerpted copy of Ms. Bond's September 16, 2022 Wells Fargo bank statement, with personal financial information redacted pursuant to S.D.N.Y. Electronic Case Filing Rules & Instructions § 21.4  and this Court's Individual Rule I.D.i.

20.     Attached hereto as **Exhibit 18** is a true and correct copy of the itinerary for the 2022 Miami hackathon, with personal identifying numbers redacted pursuant to S.D.N.Y. Electronic Case Filing Rules & Instructions § 21.4 and this Court's Individual Rule I.D.i.

Dated: July 31, 2026                                     Respectfully submitted,


                                                        /s/ Edward C. O'Callaghan
                                                        Edward C. O'Callaghan
                                                        **CAHILL GORDON & REINDEL LLP**
                                                        900 16th Street, N.W. Suite 500
                                                        Washington, DC 20006
                                                        Telephone: 202-862-8900
                                                        EOcallaghan@cahill.com

                                                        *Attorney for Defendant Michelle Bond*

4