# EXHIBIT 4



From: ████████ E██ Z████
To: ████████ Michelle Bond (owner)

From: ████████ Michelle Bond (owner)

Are term limits a big club for growth issue? Or is it this guy's side project?
**Priority:** Normal
**Status:** Sent
**Platform:**

7/8/2022 12:53:31 PM(UTC+0)

These guys seem out of their minds the whole time
**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ████████ Michelle Bond | | 9/7/2022 10:22:00 PM(UTC+0) | |

**Status:** Read
**Platform:**
**Label:** Reply

9/7/2022 10:19:21 PM(UTC+0)

Source Info:
00008110-0011589E2669801E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x924FAA0 (Table: message, handle, Size: 277164032 bytes)



From: ████████ Michelle Bond (owner)

Hi! I just wired today's daily online wire max of $100k to the account. So total paid in is $180k. What was the grand total owed? I'll send the last wire tomorrow morning!
**Priority:** Normal
**Status:** Sent
**Platform:**

9/8/2022 12:50:53 PM(UTC+0)

Source Info:
00008110-0011589E2669801E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x9258F56 (Table: message, Size: 277164032 bytes)



From: ████████ Michelle Bond (owner)

From: ████████ Michelle Bond (owner)

Are term limits a big club for growth issue? Or is it this guy's side project?
**Priority:** Normal
**Status:** Sent
**Platform:**

7/8/2022 12:53:31 PM(UTC+0)

Ha - yes!!
**Priority:** Normal
**Status:** Sent
**Platform:**
**Label:** Reply

9/8/2022 12:51:01 PM(UTC+0)

Source Info:
00008110-0011589E2669801E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x9258497 (Table: message, Size: 277164032 bytes)



From: ████████ E██ Z████
To: +█████████ Michelle Bond (owner)

Let me go through today and get some things paid and I'll send a final number tonight ?

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ████████ Michelle Bond | 9/8/2022 12:51:42 PM(UTC+0) | 9/8/2022 12:51:42 PM(UTC+0) | |

**Status:** Read
**Platform:**

9/8/2022 12:51:34 PM(UTC+0)

Source Info:
00008110-0011589E2669801E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x9259F22 (Table: message, handle, Size: 277164032 bytes)



From: ████████ Michelle Bond (owner)

Yes - no rush!! Thank you!

**Priority:** Normal
**Status:** Sent
**Platform:**

9/8/2022 12:52:19 PM(UTC+0)

Source Info:
00008110-0011589E2669801E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x92595AC (Table: message, Size: 277164032 bytes)



From: ████████ E██ Z████
To: ████████ Michelle Bond (owner)

Tell my cfo that

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ████████ Michelle Bond | | | |

**Status:** Read
**Platform:**

9/8/2022 12:52:32 PM(UTC+0)

Source Info:
00008110-0011589E2669801E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x9259345 (Table: message, handle, Size: 277164032 bytes)

From: ███████ E ██ Z ████
To: ██████████ Michelle Bond (owner)

Jk jk all good . Thank you thank you

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ██████████ Michelle Bond | 9/8/2022 12:53:17 PM(UTC+0) | 9/8/2022 12:53:17 PM(UTC+0) | |

**Status:** Read

**Platform:**

9/8/2022 12:53:10 PM(UTC+0)

Source Info:
00008110-0011589E2669801E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x925AF22 (Table: message, handle, Size: 277164032 bytes)



From: ██████████ Michelle Bond (owner)

Lol - seriously if any issue, I can get my lazy ass into the branch today

**Priority:** Normal
**Status:** Sent
**Platform:**

9/8/2022 12:53:59 PM(UTC+0)

Source Info:
00008110-0011589E2669801E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x925ACC7 (Table: message, Size: 277164032 bytes)



From: ██████████ Michelle Bond (owner)

Otherwise will do online wire tomorrow morning

**Priority:** Normal
**Status:** Sent
**Platform:**

9/8/2022 12:54:16 PM(UTC+0)

Source Info:
00008110-0011589E2669801E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x925A70F (Table: message, Size: 277164032 bytes)



From: ██████████ E ██ Z ████
To: ██████████ Michelle Bond (owner)

No no it's fine .

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ██████████ Michelle Bond | | | |

**Status:** Read

**Platform:**

9/8/2022 12:54:18 PM(UTC+0)

Source Info:
00008110-0011589E2669801E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x925BF32 (Table: message, handle, Size: 277164032 bytes)