# EXHIBIT 5

From: ███████ E███ Z████
To: ████████ Michelle Bond (owner)

**Yep 2x**

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ████████ Michelle Bond | | 9/9/2022 7:05:32 PM(UTC +0) | |

**Status:** Read
**Platform:**

9/9/2022 7:01:49 PM(UTC+0)

Source Info:
00008110-0011589E2669801E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x927BA76 (Table: message, handle, Size: 277164032 bytes)

From: ████████ E███ Z████
To: ████████ Michelle Bond (owner)

**Ok and went through the money, $34,231 will close out the campaign**

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ████████ Michelle Bond | | 9/9/2022 7:26:41 PM(UTC+0 ) | |

**Status:** Read
**Platform:**

9/9/2022 7:09:31 PM(UTC+0)

Source Info:
00008110-0011589E2669801E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x927B82D (Table: message, handle, Size: 277164032 bytes)

From: ████████ Michelle Bond (owner)

**Ok I just paid the last wire!**

**Priority:** Normal
**Status:** Sent
**Platform:**

9/12/2022 1:59:50 PM(UTC+0)

Source Info:
00008110-0011589E2669801E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x9295955 (Table: message, Size: 277164032 bytes)

From: ████████ Michelle Bond (owner)

**that clip was too good**

**Priority:** Normal
**Status:** Sent
**Platform:**

9/12/2022 2:00:12 PM(UTC+0)

Source Info:
00008110-0011589E2669801E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x92956C3 (Table: message, Size: 277164032 bytes)