# EXHIBIT 9



**Donation Processing**
⏱ 4 weeks



**Donation Processing**
13 members

ⓘ For your security, conversation history isn't transferred to new linked devices.

Mar 28, 2022

⏱ A member set the disappearing message time to 1 week.

Apr 9, 2022

⏱ Salams set the disappearing message time to 4 weeks.

Apr 10, 2022

✓ Jo accepted an invitation to the group from Caroline Ellison.

Apr 11, 2022

+ Jo added J.

Apr 27, 2022

⏱ Salams set the disappearing message time to 1 week.

Tue, May 17

⏱ Salams set the disappearing message time to 4 weeks.

Thu, Sep 22

+ Nick Beckstead added Avital.



GOVERNMENT
EXHIBIT
**475**
22 Cr. 673 (LAK)

FOIA CONFIDENTIAL TREATMENT REQUESTED

SDNY000000121
USAO_01572436



**Donation Processing**
⏱ 4 weeks

Mon, Oct 17

**Keenan Lantz**
@Salams can we get the $20k from @Nishad Singh to the Delaware Democratic Party today? In the sheet:
https://docs.google.com/spreadsheets/d/1n1s3nfDzDrU1QQodjX2VtRKGGg-G3-h_qvYzqIu48zM/edit#gid=0          2:08 PM ⏱

**Salams**
on it  2:09 PM ⏱
🙌

**Salams**
@Nishad Singh this is queued up  2:11 PM ⏱
✅

**Salams**
also resent the last 5 verification emails  2:11 PM ⏱

so 6 in total pending  2:11 PM ⏱

**Keenan Lantz**
> **Sam BF**
> there's a claim, made by Texas, that I gave $1m to Beto

alright, update on this is that through the application of social, political, and legal pressure we're getting 900k back - which is probably the best possible outcome. They'll hang onto it until 11/4 - at which point the refund won't be reported until January.

This gives plausibility to the type of error (extra zero on the contribution), and minimizes PR issues for all involved parties  6:03 PM ⏱
😂 2  👍

Tue, Oct 18

**Keenan Lantz**
@Sam BF sent you a docusign re the above. MOU between us & the Beto campaign  4:15 PM ⏱

Main pertinent callout is mutual non-disclosure of the matter - if they fail in their obligations we're no longer bound the non-disclosure  4:17 PM ⏱

**Sam BF**
working on it  4:18 PM ⏱
🙌

**Keenan Lantz**
ty!  4:24 PM ⏱

Tue, Oct 25

**Keenan Lantz**
**Google Sheets: Sign-in**

FOIA CONFIDENTIAL TREATMENT REQUESTED

SDNY000000122
USAO_01572437

**Donation Processing**
⏲ 4 weeks

📹 🔍 ⌄

**Keenan Lantz**

**Google Sheets: Sign-in**
Access Google Sheets with a personal Google account or Google Workspace account (for business use).
docs.google.com

@Salams could you queue up the small dollar contributions for @Nishad Singh (~$117k) & @Sam BF (~$ 52k) here?

https://docs.google.com/spreadsheets/d/1n1s3nfDzDrU1QQodjX2VtRKGGg-G3-h_qvYzqlu48zM/edit#gid=0  1:56 PM ⟳

Wed, Oct 26

**Keenan Lantz**
@Salams bumping this!  6:43 AM ⟳

**Salams**
apologize on this, will get these out this morning  9:38 AM ⟳

**Keenan Lantz**
Ty!  9:39 AM ⟳

**Keenan Lantz**
@Sam BF would you be cool with me being able to set up wires via PT etc? As long as it's dual control (email approval etc). Would still flag asks in this thread for viz  9:52 AM ⟳

Really appreciate all the work Ryan has been doing, but think it's helpful to load balance/have another backup for wires  9:53 AM ⟳
👍

**Sam BF**
SB think so!  9:59 AM ⟳

**Salams**
SBFs are all queued and sent  11:44 AM ⟳

@Nishad Singh you got about 30 small dollar ones rolling in if you can confirm in your email  11:44 AM ⟳

**Salams**
@Nishad Singh all queued up! once you click through ping and i double check they were all hit  12:35 PM ⟳

**Salams**
@Nishad Singh just bumping if you can approve today 😘  3:03 PM ⟳
❤️




bet you're impressed I did that in un

FOIA CONFIDENTIAL TREATMENT REQUESTED

SDNY000000123
USAO_01572438

**Donation Processing**
🕐 4 weeks

Ty! 9:39 AM

Wed, Oct 26

**Keenan Lantz**
@Sam BF would you be cool with me being able to set up wires via PT etc? As long as it's dual control (email approval etc). Would still flag asks in this thread for viz 9:52 AM

Really appreciate all the work Ryan has been doing, but think it's helpful to load balance/have another backup for wires 9:53 AM
👍

**Sam BF**
think so! 9:59 AM
🙌

**Salams**
SBFs are all queued and sent 11:44 AM

@Nishad Singh you got about 30 small dollar ones rolling in if you can confirm in your email 11:44 AM

**Salams**
@Nishad Singh all queued up! once you click through ping and i double check they were all hit 12:35 PM

**Salams**
@Nishad Singh just bumping if you can approve today 😘 3:03 PM
❤️

done! 3:06 PM

bet you're impressed I did that in under 2 minutes 3:06 PM

**Salams**
not really 3:06 PM
😂😢

**Keenan Lantz**
I'm impressed 3:06 PM

fastest email clicker in the west 3:06 PM
➕

**Salams**
suck up 3:06 PM
😂

**Keenan Lantz**
shhh 3:07 PM

Thu, Oct 27

**Salams**
@Nishad Singh one more up, @Keenan Lantz the elect katie hobbs will get a 500$ wire and a 4,500$ wire 9:53 AM

FOIA CONFIDENTIAL TREATMENT REQUESTED

SDNY000000124
USAO_01572439

**Donation Processing**
🕐 4 weeks

🎥 🔍 ⌄

Thu, Oct 27

**Salams**
@Nishad Singh one more up, @Keenan Lantz the elect katie hobbs will get a 500$ wire and a 4,500$ wire  9:53 AM 🕐

👍

Fri, Oct 28

**Keenan Lantz**

**Google Sheets: Sign-in**
Access Google Sheets with a personal Google account or Google Workspace account (for business use).
docs.google.com

@Salams can you please wire $107k from @Sam BF personal to New York State Democratic Committee? Already discussed & approved. Thanks!

https://docs.google.com/spreadsheets/d/1n1s3nfDzDrU1QQodjX2VtRKGGg-G3-h_qvYzqlu48zM/edit#gid=0          10:13 AM 🕐

Needs to land today  10:16 AM 🕐

**Salams**
on it  10:17 AM 🕐

🙏

**Salams**
if she does loose we have an A+ relationship with zledin haha  10:28 AM 🕐

❤️

**Keenan Lantz**
Just for posterity's sake - we were asked to update this to a 107k contribution from  @Nishad Singh  11:43 AM 🕐

**Salams**
@Nishad Singh  queued up in your email!  11:44 AM 🕐

✔️

**Salams**

A Las Vegas cryptocurrency startup, Prime Trust, gave $500,000 to the Democratic Party of Oregon PAC, which has largely been paying for campaign mailers for state House and Senate candidates, according to state campaign finance records. Brad Martin, executive director of the Democratic Party of Oregon, did not directly answer a question about why Prime Trust is interested in Oregon elections. "When Phil Knight and other well-heeled special interests spend millions of dollars to elect extreme MAGA Republicans and flip the Oregon Legislature with anti-choice Republicans and climate deniers, it gets a lot of national attention — and donors

😀 ⤓ ↩ •••

SDNY000000125
USAO_01572440



**Donation Processing**
⏱ 4 weeks

**Salams**

Fri, Oct 28

A Las Vegas cryptocurrency startup, Prime Trust, gave $500,000 to the Democratic Party of Oregon PAC, which has largely been paying for campaign mailers for state House and Senate candidates, according to state campaign finance records. Brad Martin, executive director of the Democratic Party of Oregon, did not directly answer a question about why Prime Trust is interested in Oregon elections. "When Phil Knight and other well-heeled special interests spend millions of dollars to elect extreme MAGA Republicans and flip the Oregon Legislature with anti-choice Republicans and climate deniers, it gets a lot of national attention — and donors interested in moving our state and country forward instead of yanking us backward respond," Martin said in a statement. Prime Trust did not respond to an email.

Advertisement

atiyehbros

Who is this? 5:24 PM

We should get it corrected I believe 5:25 PM

Unless it's really them haha 5:25 PM
😂

**Keenan Lantz**
Oh nooo 5:28 PM

LOL 5:28 PM

**Avital**
That's so funny 5:29 PM

**Keenan Lantz**
I'm on it 5:30 PM
❤️

**Keenan Lantz**
@Nishad Singh we're going to have to get that updated to a contribution from an individual - should that be you? Based on my chat w/ Susan sounds like that's correct 6:31 PM

yeah i t
👍

**Keenan Lantz**

FOIA CONFIDENTIAL TREATMENT REQUESTED



**Donation Processing**
4 weeks

**Keenan Lantz**
@Nishad Singh we're going to have to get that updated to a contribution from an individual - should that be you? Based on my chat w/ Susan sounds like that's correct    6:31 PM

yeah i think that's me  6:42 PM

**Keenan Lantz**
okay, just confirmed w/ compliance that actually it could be from FTX US if that's preferable  7:11 PM

but I don't know literally who's $ it was for the contribution  7:11 PM

**Salams**
sorry checking on this now  7:11 PM

**Keenan Lantz**
alright cool - looks like it did come directly from Nishad - so will get it updated to say that  7:16 PM

Sat, Oct 29

**Keenan Lantz**
@Sam BF updated access to that spreadsheet  11:59 AM

Tue, Nov 1

**Salams**
> **Sam BF**
> think so!

so this grants full alameda access as well (with the way the account is setup)  8:19 AM

**Salams**
we ok with this? not trying to be dick just ensuring no issues with that level of access  8:19 AM

**Sam BF**
> **Salams**
> so this grants full alameda access as well (with the way the account is setup)

ah oof    9:43 AM

**Sam BF**
didn't know that  9:43 AM

maybe new acc?  9:45 AM

FOIA CONFIDENTIAL TREATMENT REQUESTED

SDNY000000127
USAO_01572442



**Donation Processing**
4 weeks

SB  didn't know that  9:43 AM  👍

Tue, Nov 1

maybe new acc?  9:45 AM

**Salams**
I can see if I can get pt to break em out, will do that  9:47 AM

**Gabe Bankman-Freid**
Yeah I'm not super comfortable with us having full alameda access  10:00 AM  👍

**Keenan Lantz**
yeah I would prefer not to have that  10:01 AM

**Keenan Lantz**
@Salams can we get the ~$30k of @Nishad Singh contributions out? As well as the $510k for @Sam BF (last of Sam's DNC commitment + 500k to SMP)?

https://docs.google.com/spreadsheets/d/1n1s3nfDzDrU1QQodjX2VtRKGGg-G3-h_qvYzqlu48zM/edit#gid=0  3:03 PM

**Salams**
Yes!  3:03 PM  🙌

**Keenan Lantz**
also could you confirm the 107k to NY State Dems from Nishad went out? I believe it did but don't see the box ticked so just want to confirm  3:03 PM

ty!  3:04 PM

**Gabe Bankman-Freid**
@Sam BF  talked to Murray folks, they gave us most of what we wanted but we still want to do a partial fill of $500k dark. We're gonna send the wire in 30 minutes unless you object  3:10 PM

GB  (This is half of what they asked)  3:10 PM

**Sam BF**
> **Gabe Bankman-Freid**
> @Sam BF  talked to Murray folks, they gave us most of what we wanted but we still want to do a partial fill of $500k dark. We're gonna send the wire in 30 minutes unless you object

SB  got it, is that better than $250k lit?  3:50 PM

**Gabe Bankman-Freid**
In general we end up having to give more to the other side when we give publicly, so I think it costs you less in the long run to go dark  3:54 PM  👍

**Gabe Bankman-Freid**

**Donation Processing**
🕐 4 weeks

👍

**Gabe Bankman-Freid**
but I dunno, it's a close call   3:55 PM

**Sam BF**
ah   3:59 PM

is that true of Nishad as well?   3:59 PM

**Michael Sadowsky**
Nishad national donations still costs us with Rs, less than you, but I think it's maybe 75% as much.   4:00 PM

**Salams**
https://www.oregonlive.com/politics/2022/11/oregon-democrats-said-they-accepted-500000-from-a-las-vegas-cryptocurrency-startup-now-they-say-the-real-donor-was-someone-else.html   4:04 PM

👍

**Salams**
why did this get attributed to prime trust at first? we send a ton now via PT and they've all been correctly attributed under our current method   4:05 PM

did we do something different on this one?   4:05 PM

**Salams**
@Nishad Singh  all set in your inbox   4:14 PM

✓

**Salams**

> **Keenan Lantz**
> @Salams can we get the ~$30k of @Nishad Singh contributions out? As well as the $510k for @Sam BF (last of Sam's DNC commitment + 500k to SMP)? ...

done   4:14 PM

> **Keenan Lantz**
> also could you confirm the 107k to NY State Dems from Nishad went out? I believe it did but don't see the box ticked so just want to confirm

🙂  ↩  ⋯

confirmed   4:14 PM

**Keenan Lantz**

> **Salams**
> did we do something different on this one?

yes, a mistake was made in how the reporting details were shared with the Democratic Party of Oregon. I discussed w/ Mark & Susan and encouraged both of them to ask me if they have any questions about campaign finance rules in the future.

We have a lot of counsel/compliance in the political arm, and want to make sure that's legible and available to the FTX advocacy team as well   4:20 PM

❤️



FOIA CONFIDENTIAL TREATMENT REQUESTED

SDNY000000129

USAO_01572444

**Donation Processing**
4 weeks

**Keenan Lantz**

> **Salams**
> did we do something different on this one?

yes, a mistake was made in how the reporting details were shared with the Democratic Party of Oregon. I discussed w/ Mark & Susan and encouraged both of them to ask me if they have any questions about campaign finance rules in the future.

We have a lot of counsel/compliance in the political arm, and want to make sure that's legible and available to the FTX advocacy team as well                                                                 4:20 PM ♥

**Gabe Bankman-Freid**
To be clear @Sam BF , we moved $500k dark to help Murray since you pre-approved it and didn't object quickly. Just wanted to tie the loop in case there was a misunderstanding                                    7:31 PM 👍

Fri, Nov 4

**Keenan Lantz**
@Salams two small @Nishad Singh contributions ($7900 total) when you have a minute

https://docs.google.com/spreadsheets/d/1n1s3nfDzDrU1QQodjX2VtRKGGg-G3-h_qvYzqlu48zM/edit#gid=0    4:04 PM

Would be great if we could get out today    4:04 PM

**Salams**
oof no chance on today sorry :( @Nishad Singh you have a second to queue them up?    4:05 PM

I pinged Natalie to start separately out the accounts    4:06 PM 🙌

**Keenan Lantz**

> **Salams**
> oof no chance on today sorry :( @Nishad Singh you have a second to queue them up?

No worries Monday works                                                                         4:41 PM

Yesterday

⚇ Jen changed their profile name to J.

Today

⚇ Josephine changed their profile name to Jo.

⚇ Elizabeth changed their profile name to E.L..

FOIA CONFIDENTIAL TREATMENT REQUESTED

SDNY000000130
USAO_01572445

Disappearing messages
When enabled, messages sent and received in this group will disappear after they've been seen.

4 weeks

Chat color

Notifications

**13 members**

+  Add members

NS  You

SB  Sam BF                                                                    Admin

Avital

CE  Caroline Ellison

EL  E.L.

GB  Gabe Bankman-Freid

GW  Gary Wang

J  J

J  Jo

Keenan Lantz

MS  Michael Sadowsky

NB  Nick Beckstead

Salams

Requests & Invites                                                           0

FOIA CONFIDENTIAL TREATMENT REQUESTED

SDNY000000131

USAO_01572446