# EXHIBIT 12

**Archived:** Wednesday, July 29, 2026 5:47:36 PM
**From:** Simon, Stephanie (USANYS)
**Mail received time:** Fri, 24 Jul 2026 11:19:43
**Sent:** Fri, 24 Jul 2026 15:19:36
**To:** Fletcher, Kiersten A. Felton, David (USANYS)
**Cc:** Mandolfo, James Capizzi, Louis O'Callaghan, Edward
**Subject:** RE: U.S. v. Michelle Bond
**Importance:** Normal
**Sensitivity:** None
**Attachments:**
Discovery Index_to defense 2026.07.24.pdf; 2026.07.24 Ltr to Bond.pdf;

---

Counsel,

Please see attached.

Best,

Stephanie

---

**From:** Fletcher, Kiersten A. <KFletcher@cahill.com>
**Sent:** Thursday, July 23, 2026 5:47 PM
**To:** Simon, Stephanie (USANYS) <Stephanie.Simon2@usdoj.gov>; Felton, David (USANYS) <David.Felton@usdoj.gov>
**Cc:** Mandolfo, James <JMandolfo@cahill.com>; Capizzi, Louis <LCapizzi@cahill.com>; O'Callaghan, Edward <EOCallaghan@Cahill.com>
**Subject:** [EXTERNAL] RE: U.S. v. Michelle Bond

Stephanie,

Thank you for this. Do you have a more detailed index of what is contained in the "Relativity Data" in this letter and the other categories in the subsequent productions? I appreciate this question may overlap somewhat with the FTX file question, but given the volume of documents here (1.5 million pages in Production 1 alone), we request a more detailed index as soon as you can send it.

Thank you,

Kiersten

---

**\sb240Kiersten A.Fletcher |Partner**
**Cahill Gordon & Reindel LLP**
32 Old Slip, New York, NY 10005
**t:**+1.212.701.3365| KFletcher@cahill.com
www.cahill.com

---

**From:** Simon, Stephanie (USANYS) <Stephanie.Simon2@usdoj.gov>

**Sent:** Thursday, July 23, 2026 2:26 PM
**To:** Fletcher, Kiersten A. <KFletcher@cahill.com>; Felton, David (USANYS) <David.Felton@usdoj.gov>
**Cc:** Mandolfo, James <JMandolfo@cahill.com>; Capizzi, Louis <LCapizzi@cahill.com>; O'Callaghan, Edward
<EOCallaghan@Cahill.com>
**Subject:** RE: U.S. v. Michelle Bond

Kiersten,

We intend to address your questions regarding the FTX file today or tomorrow. As we mentioned when we spoke on the phone last week, we also intend to make a small additional production to you this week.

We have the Word version of the first production letter (attached), in which the date field is live (and thus reflects today's date rather than the date on the original production letter). My understanding is that the attached was included in hard copy along with a drive, which was produced on or about October 18, 2024.

Best,

Stephanie

---

**From:** Fletcher, Kiersten A. <KFletcher@cahill.com>
**Sent:** Thursday, July 23, 2026 11:08 AM
**To:** Simon, Stephanie (USANYS) <Stephanie.Simon2@usdoj.gov>; Felton, David (USANYS) <David.Felton@usdoj.gov>
**Cc:** Mandolfo, James <JMandolfo@cahill.com>; Capizzi, Louis <LCapizzi@cahill.com>; O'Callaghan, Edward
<EOCallaghan@Cahill.com>
**Subject:** [EXTERNAL] RE: U.S. v. Michelle Bond

Hi Stephanie,

Following up to see if you have a sense of when you will address our questions on the FTX file. Relatedly, are you able to reproduce to us the Production 1 cover letter? We have been unable to obtain it from Ms. Bond's prior counsel.

Thank you,

Kiersten

---

**\sb240Kiersten A.Fletcher |Partner**
**Cahill Gordon & Reindel LLP**
32 Old Slip, New York, NY 10005
**t**:+1.212.701.3365| KFletcher@cahill.com
www.cahill.com

---

**From:** Simon, Stephanie (USANYS) <Stephanie.Simon2@usdoj.gov>
**Sent:** Friday, July 17, 2026 4:23 PM
**To:** Fletcher, Kiersten A. <KFletcher@cahill.com>; Felton, David (USANYS) <David.Felton@usdoj.gov>
**Cc:** Mandolfo, James <JMandolfo@cahill.com>; Capizzi, Louis <LCapizzi@cahill.com>; O'Callaghan, Edward
<EOCallaghan@Cahill.com>
**Subject:** RE: U.S. v. Michelle Bond

Kiersten,

Thanks for your email. Yes, we can confirm that the two documents you attached are some of the correspondence we referenced

during our call on July 14; in addition, attached is a cover letter dated December 19, 2023, which we're producing today. We're not aware of the Government having requested that S&C conduct a follow-up search using ███████████████████. As a courtesy, we note that, on or about October 18, 2024, the Government produced to your client full and responsive warrant returns of your client's phone and iCloud accounts belonging to your client and Ryan Salame, which include communications involving ███████████████.

As for your request regarding the FTX file, we're continuing to consider it, and we intend to respond next week.

Thanks,

Stephanie

---

**From:** Fletcher, Kiersten A. <KFletcher@cahill.com>
**Sent:** Wednesday, July 15, 2026 2:05 PM
**To:** Simon, Stephanie (USANYS) <Stephanie.Simon2@usdoj.gov>; Felton, David (USANYS) <David.Felton@usdoj.gov>
**Cc:** Mandolfo, James <JMandolfo@cahill.com>; Capizzi, Louis <LCapizzi@cahill.com>; O'Callaghan, Edward <EOCallaghan@Cahill.com>
**Subject:** [EXTERNAL] RE: U.S. v. Michelle Bond

Stephanie, David,

Thank you again for taking the time to speak with us yesterday. Following up on our call, we reviewed the correspondence between your office and S&C that you produced to us, and would appreciate your confirmation that the attached letters and emails are the communications you referenced during yesterday's meeting as reflecting the scope of documents that were requested from and produced by S&C in this matter. These communications suggest that searches were conducted using only one of the two email addresses that S&C identified as associated with Ms. Bond (michelle@theadam.io). Please confirm whether you requested that S&C conduct a follow-up search using the other address S&C identified as having been used in Ms. Bond's communications with FTX ██████████████.

As discussed yesterday, we further request that you provide an index of the FTX investigative file, together with an explanation of which portions of that file have been reviewed or searched to identify: (i) communications involving or concerning Ms. Bond; (ii) any evidence that Ms. Bond genuinely performed work for FTX, Mr. Bankman-Fried, and/or any FTX subsidiary; and (iii) any evidence that the approximately $313,544 wire transfer to Ms. Bond's campaign originated from the legitimate sale of Ms. Bond's home.

Please provide a response by 5:00pm on Friday, July 17.

We appreciate your attention to this matter.

Best,

Kiersten

---

**\sb240Kiersten A.Fletcher |Partner**
**Cahill Gordon & Reindel LLP**
32 Old Slip, New York, NY 10005
**t:**+1.212.701.3365| KFletcher@cahill.com
www.cahill.com

---

**From:** Simon, Stephanie (USANYS) <Stephanie.Simon2@usdoj.gov>

**Sent:** Saturday, July 11, 2026 3:02 PM
**To:** O'Callaghan, Edward <EOCallaghan@Cahill.com>; Felton, David (USANYS) <David.Felton@usdoj.gov>
**Cc:** Mandolfo, James <JMandolfo@cahill.com>; Capizzi, Louis <LCapizzi@cahill.com>; Fletcher, Kiersten A. <KFletcher@cahill.com>
**Subject:** Re: U.S. v. Michelle Bond

That works for us, thanks.

---

**From:** O'Callaghan, Edward <EOCallaghan@Cahill.com>
**Sent:** Friday, July 10, 2026 6:31:41 PM
**To:** Simon, Stephanie (USANYS) <Stephanie.Simon2@usdoj.gov>; Felton, David (USANYS) <David.Felton@usdoj.gov>
**Cc:** Mandolfo, James <JMandolfo@cahill.com>; Capizzi, Louis <LCapizzi@cahill.com>; Fletcher, Kiersten A. <KFletcher@cahill.com>
**Subject:** [EXTERNAL] RE: U.S. v. Michelle Bond

4:30 Tuesday?

---

**\sb240Edward O'Callaghan |Partner**
**Cahill Gordon & Reindel LLP**
900 16thStreet, N.W., Suite 500,Washington, D.C.20006
**t**:+1.202.862.8970| +1 212.701.3884 | EOCallaghan@Cahill.com

www.cahill.com

\f0

---

**From:** Simon, Stephanie (USANYS) <Stephanie.Simon2@usdoj.gov>
**Sent:** Friday, July 10, 2026 4:03 PM
**To:** O'Callaghan, Edward <EOCallaghan@Cahill.com>; Felton, David (USANYS) <David.Felton@usdoj.gov>
**Cc:** Mandolfo, James <JMandolfo@cahill.com>; Capizzi, Louis <LCapizzi@cahill.com>; Fletcher, Kiersten A. <KFletcher@cahill.com>
**Subject:** RE: U.S. v. Michelle Bond

Thanks, Ed. We're not available Monday. Can you do Tuesday afternoon?

---

**From:** O'Callaghan, Edward <EOCallaghan@Cahill.com>
**Sent:** Friday, July 10, 2026 3:48 PM
**To:** Felton, David (USANYS) <David.Felton@usdoj.gov>; Simon, Stephanie (USANYS) <Stephanie.Simon2@usdoj.gov>
**Cc:** Mandolfo, James <JMandolfo@cahill.com>; Capizzi, Louis <LCapizzi@cahill.com>; Fletcher, Kiersten A. <KFletcher@cahill.com>
**Subject:** [EXTERNAL] RE: U.S. v. Michelle Bond

Thanks, David. Does Monday at 1:30 work for you and Stephanie?

---

**\sb240Edward O'Callaghan |Partner**
**Cahill Gordon & Reindel LLP**
900 16thStreet, N.W., Suite 500,Washington, D.C.20006

**t**:+1.202.862.8970| +1 212.701.3884 | EOCallaghan@Cahill.com

www.cahill.com

\f0

---

**From:** Felton, David (USANYS) <David.Felton@usdoj.gov>
**Sent:** Friday, July 10, 2026 2:55 PM
**To:** O'Callaghan, Edward <EOCallaghan@Cahill.com>; Simon, Stephanie (USANYS) <Stephanie.Simon2@usdoj.gov>
**Cc:** Mandolfo, James <JMandolfo@cahill.com>; Capizzi, Louis <LCapizzi@cahill.com>; Fletcher, Kiersten A. <KFletcher@cahill.com>
**Subject:** RE: U.S. v. Michelle Bond

Received. We're available to confer regarding the topics in your letter. What's your availability next week?

Thanks,

David

David R. Felton

Assistant United States Attorney

Southern District of New York

Tel:(212) 637-2299

Cell: (917) 710-0429

E-mail:david.felton@usdoj.gov

---

**From:** O'Callaghan, Edward <EOCallaghan@Cahill.com>
**Sent:** Wednesday, July 8, 2026 5:25 PM
**To:** Simon, Stephanie (USANYS) <Stephanie.Simon2@usdoj.gov>; Felton, David (USANYS) <David.Felton@usdoj.gov>
**Cc:** Mandolfo, James <JMandolfo@cahill.com>; Capizzi, Louis <LCapizzi@cahill.com>; Fletcher, Kiersten A. <KFletcher@cahill.com>
**Subject:** [EXTERNAL] RE: U.S. v. Michelle Bond

Stephanie, David,

Please see the attached correspondence.

Regards,

Ed

---

\sb240Edward O'Callaghan |Partner
**Cahill Gordon & Reindel LLP**
900 16thStreet, N.W., Suite 500,Washington, D.C.20006
**t**:+1.202.862.8970| +1 212.701.3884 | EOCallaghan@Cahill.com

www.cahill.com

\f0

**From:** Simon, Stephanie (USANYS) <Stephanie.Simon2@usdoj.gov>
**Sent:** Thursday, July 2, 2026 5:08 PM
**To:** O'Callaghan, Edward <EOCallaghan@Cahill.com>; Felton, David (USANYS) <David.Felton@usdoj.gov>
**Cc:** Mandolfo, James <JMandolfo@cahill.com>; Capizzi, Louis <LCapizzi@cahill.com>
**Subject:** RE: U.S. v. Michelle Bond

Counsel,

Please see attached. Have a nice holiday weekend.

Best,

Stephanie

---

**From:** O'Callaghan, Edward <EOCallaghan@Cahill.com>
**Sent:** Tuesday, June 23, 2026 11:05 PM
**To:** Simon, Stephanie (USANYS) <Stephanie.Simon2@usdoj.gov>; Felton, David (USANYS) <David.Felton@usdoj.gov>
**Cc:** Mandolfo, James <JMandolfo@cahill.com>; Capizzi, Louis <LCapizzi@cahill.com>
**Subject:** [EXTERNAL] U.S. v. Michelle Bond

Stephanie, David,

Please see the attached correspondence.

Regards,

Ed

---

\sb240Edward O'Callaghan |Partner
**Cahill Gordon & Reindel LLP**
900 16th Street, N.W., Suite 500, Washington, D.C. 20006
**t**:+1.202.862.8970| EOCallaghan@Cahill.com
www.cahill.com

---

* * * * * * * * * * * * * * * * * * * *

The information contained in this e-mail message is confidential and may be privileged. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you believe you have received this communication in error, please notify the sender immediately by replying to this email and then delete this email from your system. Thank you.

---

* * * * * * * * * * * * * * * * * * * *

The information contained in this e-mail message is confidential and may be privileged. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication

is strictly prohibited and no privilege is waived. If you believe you have received this communication in error, please notify the sender immediately by replying to this email and then delete this email from your system. Thank you.

---

* * * * * * * * * * * * * * * * * * * *

The information contained in this e-mail message is confidential and may be privileged. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you believe you have received this communication in error, please notify the sender immediately by replying to this email and then delete this email from your system. Thank you.

---

* * * * * * * * * * * * * * * * * * * *

The information contained in this e-mail message is confidential and may be privileged. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you believe you have received this communication in error, please notify the sender immediately by replying to this email and then delete this email from your system. Thank you.

---

* * * * * * * * * * * * * * * * * * * *

The information contained in this e-mail message is confidential and may be privileged. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you believe you have received this communication in error, please notify the sender immediately by replying to this email and then delete this email from your system. Thank you.

---

* * * * * * * * * * * * * * * * * * * *

The information contained in this e-mail message is confidential and may be privileged. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you believe you have received this communication in error, please notify the sender immediately by replying to this email and then delete this email from your system. Thank you.

---

* * * * * * * * * * * * * * * * * * * *

The information contained in this e-mail message is confidential and may be privileged. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication

is strictly prohibited and no privilege is waived. If you believe you have received this communication in error, please notify the sender immediately by replying to this email and then delete this email from your system. Thank you.