# EXHIBIT 13

# SULLIVAN & CROMWELL LLP

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588
WWW.SULLCROM.COM

*125 Broad Street*
*New York, New York 10004-2498*

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.

BRUSSELS • FRANKFURT • LONDON • PARIS

BEIJING • HONG KONG • TOKYO

MELBOURNE • SYDNEY

**CONFIDENTIAL TREATEMENT REQUESTED BY FTX**

February 14, 2024

*Via Email and Secure File Transfer*

Sebastian Swett
Stephanie Simon
Assistant U.S. Attorneys
U.S. Attorney's Office for the Southern District of New York
One St. Andrew's Plaza
New York, New York 10007.

Re:    January 29, 2024 Requests for Documents

On behalf of West Realm Shires Services, Inc. d/b/a FTX US ("FTX"), Debtor in *In re FTX Trading Ltd., et al.*, Case No. 22-11068 (JTD) (Bankr. D. Del.), I write in response to the above-referenced requests (the "Requests") discussed during our call of January 29, 2024.

In response to the Requests, I am sending, via a secure file transfer, a production file containing responsive, non-privileged documents which contain:

∀    Certain non-privileged communications and documents (bearing production numbers FTX_MB_000000159 – FTX_MB_000024778) containing a date of February 1, 2021 or later that relate to Michelle Bond and the Association for Digital Asset Markets.[1]  The search terms used to identify these documents can be found in Appendix A.

The enclosed documents and information set forth in this letter were obtained from FTX's internal records.

*         *         *

---

[1]    Michelle Bond was a member of numerous FTX Slack channels associated with michelle@theadam.io.  The enclosed documents include Slack channels that included Bond, even if she did not actively post messages to them.

*Confidential Treatment Requested By FTX*

USAO_01541984

The information set forth in this letter and the transmitted materials contains confidential and proprietary commercial information concerning FTX and its affiliates that FTX actually and customarily treats as private.  FTX thus respectfully requests, for reasons of business confidentiality and personal privacy, that this letter and the transmitted materials be afforded confidential treatment pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure and the U.S. Department of Justice regulations promulgated at 28 C.F.R. Part 16, and that this letter and the transmitted materials not be disclosed in response to any request under the Freedom of Information Act, 5 U.S.C. § 552.  FTX is providing this information on the understanding that the U.S. Department of Justice, as provided in Rule 6(e) of the Federal Rules of Criminal Procedure, the Justice Manual § 1-7.000 and 28 C.F.R. § 16.7, will hold it in confidence to the maximum extent permitted by law, subject to any express waivers by FTX.  If this letter or any of the transmitted materials become the subject of a Freedom of Information Act request, in accordance with the notice and disclosure requirements of 28 C.F.R §§ 16.7(c)-(g), please contact me at (212) 558-7384, and we will provide further information in support of FTX's request for confidential treatment.

A letter requesting confidential treatment of this letter and the transmitted materials is being emailed to the Office of Freedom of Information and Privacy Act Operations.

Sincerely,

*/s/ Stephanie G. Wheeler*
Stephanie G. Wheeler

cc:    Jacob M. Croke (Sullivan & Cromwell LLP)

-2-

**Confidential Treatment Requested By FTX**

USAO_01541985

**Appendix A**

"@theadam.io"
"Association for Digital Asset Markets"

-3-

*Confidential Treatment Requested By FTX*

USAO_01541986