# EXHIBIT 14

## Foote, Jayda (USANYS) [Contractor]

| | |
|---|---|
| **From:** | Swett, Sebastian (USANYS) |
| **Sent:** | Friday, February 2, 2024 9:48 AM |
| **To:** | De Grandpre, Christopher (USANYS) [Contractor]; Casola, Anthony (NY) (FBI); Breitenbach, Jennifer (NY) (FBI) |
| **Cc:** | Simon, Stephanie (USANYS) |
| **Subject:** | FW: [EXTERNAL] RE: FTX - Request re Michelle Bond |
| **Attachments:** | 2024.02.01 ADAM Documents.zip |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Voluntary production from FTX debtor's counsel.

---

**From:** Holland, Alexander S. <hollanda@sullcrom.com>
**Sent:** Thursday, February 1, 2024 7:30 PM
**To:** Wheeler, Stephanie G. <WheelerS@sullcrom.com>; Swett, Sebastian (USANYS) <SSwett@usa.doj.gov>
**Cc:** Croke, Jacob M. <crokej@sullcrom.com>; Simon, Stephanie (USANYS) <SSimon1@usa.doj.gov>
**Subject:** RE: [EXTERNAL] RE: FTX - Request re Michelle Bond

Sheb,

As a follow up to our call on January 29, you asked for any records documenting the relationship between the Association for Digital Asset Markets (ADAM) and FTX. We are reviewing documents hitting on the search terms "@theadam.io" and "Association for Digital Asset Markets", and will produce them once we have completed our review. In the meantime, we want to flag and have included in the attached zip file a few documents that we think will be of interest to you:

- A February 11, 2021 email from Michelle Bond to Sina Nader (FTX.US) attaching ADAM membership materials.
- A ADAM membership application for FTX Trading Limited (FTX.com) signed by Samuel Bankman-Fried and dated February 18, 2021.
- A ADAM membership application for West Realm Shires Services, Inc. (FTX.US) signed by Samuel Bankman-Fried and dated February 18, 2021.
- A March 7, 2021 email from Michelle Bond to Sina Nader (FTX.US) and Ramnick Arora (FTX.com) congratulating FTX.US and FTX.com on becoming ADAM members and attaching onboarding materials.
- A February 17, 2022 ADAM press release announcing FTX.US and FTX.com joined ADAM's Board of Directors.
- A March 16, 2022 letter from Michelle Bond to Christopher Kirkpatrick (CFTC) regarding the CFTC's request for public comment on FTX US Derivatives' Request for Amended DCO Registration Order.

We also looked at payments made from FTX to ADAM. We found the following payments were made to ADAM:

- June 11, 2021:  $20,000 from West Realm Shires Services Inc.
- June 15, 2021:  $60,000 from FTX Trading Ltd.
- October 19, 2021:  $1,000,000 from West Realm Shires Inc.
- May 23, 2022:  $175,000 from West Realm Shires Services Inc.
- June 20, 2022:  $175,000 from FTX Digital Markets Ltd.

Invoices regarding these payments can be found in the zip as well as an email suggesting that the $1,000,000 payment was a donation.

USAO_01571097

You also asked if Michelle Bond had an FTX email.  The Debtors have not identified any evidence that Michelle Bond ever had an FTX email address.  Based on our review of FTX communications involving Michelle Bond, we see her use two emails:  michelle@theadam.io and ██████████████████.

Best,
Alex

---

**From:** Wheeler, Stephanie G. <WheelerS@sullcrom.com>
**Sent:** Thursday, January 25, 2024 9:41 PM
**To:** Swett, Sebastian (USANYS) <Sebastian.Swett@usdoj.gov>
**Cc:** Croke, Jacob M. <crokej@sullcrom.com>; Holland, Alexander S. <hollanda@sullcrom.com>; Simon, Stephanie (USANYS) <Stephanie.Simon2@usdoj.gov>
**Subject:** RE: [EXTERNAL] RE: FTX - Request re Michelle Bond

Will do.

---

**From:** Swett, Sebastian (USANYS) <Sebastian.Swett@usdoj.gov>
**Date:** Thursday, Jan 25, 2024 at 9:13 PM
**To:** Wheeler, Stephanie G. <WheelerS@sullcrom.com>
**Cc:** Croke, Jacob M. <crokej@sullcrom.com>, Holland, Alexander S. <hollanda@sullcrom.com>, Simon, Stephanie (USANYS) <Stephanie.Simon2@usdoj.gov>
**Subject:** RE: [EXTERNAL] RE: FTX - Request re Michelle Bond

Hi Stephanie,

We are free from 1-3:30. Would you like to send a calendar invite in that window?

Thank you,
Sheb

---

**From:** Wheeler, Stephanie G. <WheelerS@sullcrom.com>
**Sent:** Thursday, January 25, 2024 8:55 PM
**To:** Swett, Sebastian (USANYS) <SSwett@usa.doj.gov>
**Cc:** Croke, Jacob M. <crokej@sullcrom.com>; Holland, Alexander S. <hollanda@sullcrom.com>; Simon, Stephanie (USANYS) <SSimon1@usa.doj.gov>; Wheeler, Stephanie G. <WheelerS@sullcrom.com>
**Subject:** RE: [EXTERNAL] RE: FTX - Request re Michelle Bond

Hi Sheb,

We are available Monday 1-4 pm if that works for you. If it doesn't, please suggest some times that work for you.

Best,

Stephanie

---

**From:** Swett, Sebastian (USANYS) <Sebastian.Swett@usdoj.gov>
**Date:** Thursday, Jan 25, 2024 at 5:05 PM

2

USAO_01571098

**To:** Wheeler, Stephanie G. <WheelerS@sullcrom.com>
**Cc:** Croke, Jacob M. <crokej@sullcrom.com>, Holland, Alexander S. <hollanda@sullcrom.com>, Simon, Stephanie (USANYS) <Stephanie.Simon2@usdoj.gov>
**Subject:** RE: [EXTERNAL] RE: FTX - Request re Michelle Bond

Hi Stephanie,

Would it be possible to hop on a short call next week? We have a few follow-up requests we wanted to discuss. Aline Flodr is leaving the US Attorney's Office so I'm copying AUSA Stephanie Simon, who has joined this investigation.

Best,
Sheb

---

**From:** Wheeler, Stephanie G. <WheelerS@sullcrom.com>
**Sent:** Thursday, December 14, 2023 10:30 AM
**To:** Swett, Sebastian (USANYS) <SSwett@usa.doj.gov>; Flodr, Aline (USANYS) <AFlodr@usa.doj.gov>
**Cc:** Croke, Jacob M. <crokej@sullcrom.com>; Holland, Alexander S. <hollanda@sullcrom.com>; Wheeler, Stephanie G. <WheelerS@sullcrom.com>
**Subject:** RE: [EXTERNAL] RE: FTX - Request re Michelle Bond

Thanks Sheb. We found it yesterday and Alex Holland will be sending you some other documents we located by email today and will follow up with a formal production.

Best,

Stephanie

---

**From:** Swett, Sebastian (USANYS) <Sebastian.Swett@usdoj.gov>
**Date:** Thursday, Dec 14, 2023 at 10:10 AM
**To:** Wheeler, Stephanie G. <WheelerS@sullcrom.com>, Flodr, Aline (USANYS) <Aline.Flodr@usdoj.gov>
**Cc:** Croke, Jacob M. <crokej@sullcrom.com>
**Subject:** [EXTERNAL] RE: FTX - Request re Michelle Bond

Stephanie and Jake,

Attached is the consulting agreement we discussed yesterday.

Best,
Sheb

---

**From:** Wheeler, Stephanie G. <WheelerS@sullcrom.com>
**Sent:** Tuesday, December 12, 2023 4:28 PM
**To:** Swett, Sebastian (USANYS) <SSwett@usa.doj.gov>; Flodr, Aline (USANYS) <AFlodr@usa.doj.gov>
**Cc:** Croke, Jacob M. <crokej@sullcrom.com>
**Subject:** [EXTERNAL] RE: FTX - Request re Michelle Bond

Will do.  Thanks.

3

USAO_01571099

**From:** Swett, Sebastian (USANYS) <Sebastian.Swett@usdoj.gov>
**Sent:** Tuesday, December 12, 2023 4:25 PM
**To:** Wheeler, Stephanie G. <WheelerS@sullcrom.com>; Flodr, Aline (USANYS) <Aline.Flodr@usdoj.gov>
**Cc:** Croke, Jacob M. <crokej@sullcrom.com>
**Subject:** [EXTERNAL] RE: FTX - Request re Michelle Bond

Yes, that works. Would you mind sending a dial-in?

---

**From:** Wheeler, Stephanie G. <WheelerS@sullcrom.com>
**Sent:** Tuesday, December 12, 2023 4:21 PM
**To:** Swett, Sebastian (USANYS) <SSwett@usa.doj.gov>; Flodr, Aline (USANYS) <AFlodr@usa.doj.gov>
**Cc:** Croke, Jacob M. <crokej@sullcrom.com>
**Subject:** [EXTERNAL] RE: FTX - Request re Michelle Bond

Hi Sheb,

With apologies, we had something scheduled at 3 pm tomorrow in the interim, but could do 3:30 if that works for you?

Best,

Stephanie

---

**From:** Swett, Sebastian (USANYS) <Sebastian.Swett@usdoj.gov>
**Sent:** Tuesday, December 12, 2023 3:59 PM
**To:** Wheeler, Stephanie G. <WheelerS@sullcrom.com>; Flodr, Aline (USANYS) <Aline.Flodr@usdoj.gov>
**Cc:** Croke, Jacob M. <crokej@sullcrom.com>
**Subject:** [EXTERNAL] RE: FTX - Request re Michelle Bond

Hi Stephanie,

Thanks for getting back to us. How about tomorrow at 3pm? Aline is on trial so it will be just me.

Best,
Sheb

---

**From:** Wheeler, Stephanie G. <WheelerS@sullcrom.com>
**Sent:** Tuesday, December 12, 2023 11:11 AM
**To:** Swett, Sebastian (USANYS) <SSwett@usa.doj.gov>; Flodr, Aline (USANYS) <AFlodr@usa.doj.gov>
**Cc:** Croke, Jacob M. <crokej@sullcrom.com>; Wheeler, Stephanie G. <WheelerS@sullcrom.com>
**Subject:** [EXTERNAL] RE: FTX - Request re Michelle Bond

Hi Sheb and Aline,

Jake and I are available for a call today 2-5 or after 5:30 or tomorrow 3-5 or after 5:30.  Please let us know if one of those times works for you and we will send an invite.

Best,

Stephanie Wheeler

USAO_01571100

**From:** Roos, Nicolas (USANYS) <Nicolas.Roos@usdoj.gov>
**Sent:** Monday, December 11, 2023 11:00 PM
**To:** Wheeler, Stephanie G. <WheelerS@sullcrom.com>; Croke, Jacob M. <crokej@sullcrom.com>
**Cc:** Swett, Sebastian (USANYS) <Sebastian.Swett@usdoj.gov>; Flodr, Aline (USANYS) <Aline.Flodr@usdoj.gov>
**Subject:** [EXTERNAL] FTX - Request re Michelle Bond

Hi Stephanie and Jake,

Two of my colleagues, Sheb Swett and Aline Flodr, have a request concerning Michelle Bond that they'd like to discuss with you.  They are copied here.  I'll leave it to you all to connect.  Thanks for your help.

Best,

Nick

Nicolas Roos
Assistant United States Attorney
United States Attorney's Office
Southern District of New York
One St. Andrew's Plaza
New York, New York 10007
Tel: (212) 637-2421
Cell: (646) 832-5910

**\*\*This is an external message from: Nicolas.Roos@usdoj.gov \*\***

This e-mail is sent by a law firm and contains information that may be privileged and confidential. If you are not the intended recipient, please delete the e-mail and notify us immediately.

USAO_01571101