# EXHIBIT 17

September 16, 2022  ■  Page 2 of 5



**Overdraft Protection**

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|--------------|-------------|---------------------|---------------------------|----------------------|
| 8/17 | | | | | 376,785.49 |
| 8/18 | | | | | 376,735.49 |
| 8/19 | | | | | 376,482.68 |
| 8/23 | | | | | |
| 8/23 | | | | | |
| 8/23 | | | | | 376,179.24 |
| 8/29 | | | | | |
| 8/29 | | | | | 375,989.25 |
| 8/31 | | | | | |
| 8/31 | | WT Fed#07307 Signature Bank /Org=Ryan David Salame Srf# 2017 Trn#220831232935 Rfb# | 215,000.00 | | |
| 8/31 | | | | | 597,841.13 |
| 9/7 | | | | | |
| 9/7 | | | | | |
| 9/7 | | | | | |
| 9/7 | | | | | 497,781.13 |
| 9/8 | | | | | |
| 9/8 | | | | | |
| 9/8 | | | | | |
| 9/8 | | | | | 397,607.13 |
| 9/9 | | | | | |
| 9/9 | | | | | |
| 9/9 | | | | | 397,407.13 |
| 9/12 | | | | | |
| 9/12 | | | | | 363,146.13 |
| 9/13 | | | | | |
| 9/13 | | | | | 362,896.13 |
| 9/14 | | | | | 362,626.65 |
| 9/15 | | | | | |
| 9/15 | | | | | |
| 9/15 | | | | | |
| 9/15 | | | | | |
| 9/15 | | | | | 342,624.17 |
| 9/16 | | | | | |

USAO_01529896