# EXHIBIT 18

**Miami Weekend Itinerary**

**Saturday, March 12th**

7:30pm
Dinner at Cipriani (465 Brickell Ave, Miami, FL 3313)
Attendees:
*Ranking Member G.T. Thompson*
*Paul Balzano, Professional Staff, House Committee on Agriculture*
*Nick Rockwell, Legislative Director, Office of Representative Glenn 'GT' Thompson (PA-15)*
*Mike Conaway, Founding Principal, Conaway Graves Group*
*Ryan Salame, CEO, FTX Digital Markets*
*Michelle Bond, CEO, Association for Digital Asset Markets*

**Sunday, March 13th**

8:00am
Breakfast at Borsalino Cafe Miami (119 SE 1st Ave, Miami, FL 33131)
Attendees:
*Ranking Member G.T. Thompson*
*Paul Balzano, Professional Staff, House Committee on Agriculture*
*Nick Rockwell, Legislative Director, Office of Representative Glenn 'GT' Thompson (PA-15)*
*Mike Conaway, Founding Principal, Conaway Graves Group*
*Sam Bankman-Fried, Founder & CEO, FTX*
*Ryan Salame, CEO, FTX Digital Markets*
*Michelle Bond, CEO, Association for Digital Asset Markets*

9:00am
FYI Crypto Summit registration and continental breakfast

9:30am
Depart breakfast for FTX arena
Nick or Paul text Michelle Bond when they are en route. 202-557-1567

9:45am
Ranking Member Thompson arrives at FTX arena and meets up with Michelle Bond

10:00 am
Welcome to Miami:  Mayor Daniella Levine-Cava (5 minutes)

10:05am
Introduction to the program Joe Bankman (10-15 minutes)

10:20am
FTX Founder and CEO Sam Bankman-Fried (20 minutes)

10:40am
Crypto Markets and ESG: Kevin O'Leary, Anthony Pompliano, Anthony Scaramucci, Julia LaRoche, moderator (25-35 minutes)

10:55am
Michelle Bond escorts Ranking Member Thompson to the pre-staging area behind the floor of the court. Ranking Member meets Mark Wetjen (FTX US Head of Policy and Regulatory Strategy, fmr. CFTC Commissioner and Acting Chair)

11:15am
 Public Policy Fireside: Ranking Member Thompson, Mark Wetjen, and Michelle Bond as Moderator (30-35 minutes)

12:00pm
VIP lunch 601
Attendees to include:
Kevin O'Leary (Shartank Investor), Anthony Pompliano (Crypto media personality), Anthony Scaramucci(SkyBridge Capital, fmr. WH Press Secretary), Julia LaRoche (Finance Reporter), David Ortiz (retired baseball player), Udonis Haslem (Miami Heat), and Whitney Cummings (Comedian)

12:30pm
The Congressman can meet with the students behind the stage on the floor of the court. Barbara Miller to facilitate interactions.

1:00pm
*$1,000,000 Charity Hackathon Shark Tank Finals*
*In the Hackathon, high school and middle school students worked in teams to come up with the best ideas to improve mental or physical health.  95 Teams competed, and the five finalist teams will be judged by Kevin O'Leary, David Ortiz, Udonis Haslem, and Whitney Cummings.*

2:30pm
Sports, Gaming, Entertainment, NFTs, Amy Wu, Udonis Haslem, Garett Roberts, Steve Sadin, moderator Lou Frangella (30 min)

3:00pm
Announcement of winner


**Student Finalist Background:**

FTX Million Dollar Hackathon Finalists

USAO_01557190

Digital Teen Mentorship (Eudai): Young adults helping adolescents. Fighting the epidemic of teen anxiety through digital mentorship, peer connections, discussion forums and a safe, kind environment. The app will have deep partnerships with local schools and with faculty and students at Florida International University. Students are Chad Jordan, 17, of Fort Lauderdale, Yewande Shitta-Bey age 16 of Miramar, and Alexi Buggam, 15, of Margate. They all attend Broward County Public Schools.

Art In a Box (Fugu Box): Art therapy is delivered monthly to help youth and adolescents communicate. Each participant is paired with a FuguFriend to share the results of each month's project. As a non-verbal form of communication, art therapy can help expand creativity and promote emotional exploration.  In addition, by giving to others, each young participant can increase her self-esteem. Students attend the Pinecrest School in Palm Beach and participate in a class on social entrepreneurship. Students are Esther Lin, 17, of Sea Ranch Lakes, and Daniel Rutsetin, 18, of Boca Raton.

ProActive: An app that ties exercise to screen time to promote physical activity and mental well-being.  Many parents already restrict screen access, but this app allows a young person to gain screen time based on physical activity. As young people fight an epidemic of obesity and increasing distraction, this app can help parents and children navigate screen time and promote healthy habits for a lifetime. Students are RJ, Matthew, David and Cole. All age 14 and attend St Bernadette Catholic School in Davie.

Social Seniors: A program that pairs high school seniors together with senior citizens who are experiencing social isolation, estimated at 25% of seniors. The goal is to promote mental wellness in both generations through building connections. This could solve two public health crises at once. Algorithms will help create pairs to match interests. Students attend Alonzo and Tracy Mourning School in North Miami. Students include Michael McKenzie, 16 of Sunny Isles Beach, Andres Gonzalez, 16 of Golden Beach, Lucas Caicedo, 17 of Miami, and Anthony Vega 16, of Hallandale Beach.

Hear Me Out: A musical therapy program to help struggling students in a safe, after-school environment with mentors. Students learn to create digital music as well as use singing and other instruments to relieve stress and connect with peers.The goal is to make music a part of everyday life to spark joy and enhance mental wellness. Students attend Alonzo and Tracy Mourning in North Miami. Students are Megan Pierre, 16, Alannah Williams, 16, Vallentina Petinati, 17, Andres Bonilla, 17, and Kaley Reinhartz, 16

**Event Dynamics**
Around 800 students from the Miami area are expected for the event. The event is in a basketball arena with the stage facing half of the stadium.

**POC Information:**

USAO_01557191

Time: Arrival is flexible. It is suggested that the Ranking Member arrive around 9:45 am. Michelle Bond will be the on-the-ground POC and greet the Ranking Member upon arrival. Nick or Paul can text Michelle when they are en route. 202-557-1567

Location: FTX Arena. Signs will direct the group to the appropriate entrance

Arrival instructions: Free tickets for all attendees can be acquired virtually at this link. To save time and limit confusion, we ask that your office fill out  the ticket form in advance. (Please let us know if you have any questions).

https://www.eventbrite.com/e/ftx-million-dollar-hackathon-finals-crypto-summit-tickets-226119618867


POC
Michelle Bond
█████████

michelle@theadam.io

Backup POC
Barbara Miller
█████████

bgmpol@aol.com


**Proposed Panel Topics and Questions**
-	Could you please provide some background about yourself and how you came to the position that you are in today in Congress?
-	I noticed on your bio that you are a volunteer firefighter. Could you speak briefly about the importance of helping those around you?
-	Is there anything about being a Congressman that people would find surprising?
    o	So it is not House of Cards!
-	Agriculture and digital assets don't seem to have much in common. Could you describe why your committee has so much responsibility for digital assets?
-	Do you think that the Agriculture Committee is best suited to break the potential partisan divide on digital assets?
-	Where do you think digital asset innovation is headed?
-	For those in the crowd not steeped in DC regulatory bodies, what is the CFTC? Could you briefly explain how it has evolved over the years?
-	There was a lot of news around the White House crypto EO this week. Do you have any thoughts on the EO and crypto regulation more broadly?
-	As a lawmaker, how do you best promote innovation, while balancing consumer protection concerns? (Mark will be asked from a former regulator point of view)
-	Do you have any lasting advice for our hackathon participants?