CAHILL GORDON & REINDEL LLP

900 16th Street, N.W. Suite 500
Washington, DC 20006
TELEPHONE: (202) 862-8900
WWW.CAHILL.COM

32 OLD SLIP, NEW YORK, NY 10005 • 221 W. 10th STREET, WILMINGTON, DE 19801 • 20 FENCHURCH STREET, LONDON EC3M 3BY

July 31, 2026

**VIA ECF**
The Honorable George B. Daniels
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:    *United States v. Michelle Bond*, 24 Cr. 494 (GBD)

Dear Judge Daniels:

We represent Defendant Michelle Bond in the above-referenced action. Consistent with this Court's order that Ms. Bond file pre-trial motions by July 31, 2026, Ms. Bond will file today a notice of an omnibus motion to compel discovery in support of four constitutional defenses, along with a consolidated memorandum of law in support of her omnibus discovery motion. We write pursuant to Your Honor's Individual Rules and Practices to respectfully request, in connection with this omnibus motion, (1) leave to file a memorandum of law in excess of the Court's 25-page limit, and (2) oral argument on the omnibus motion.

*First*, pursuant to Section IV.B of Your Honor's Individual Rules, we respectfully request leave to file a 32-page memorandum of law in support of the omnibus discovery motion, which exceeds the Court's 25-page limit by seven pages. A redacted version of Ms. Bond's proposed memorandum of law is attached as Exhibit A to this motion. (Ms. Bond will imminently move for leave to file an unredacted memorandum of law under seal, and will promptly file an unredacted version if leave is granted.) Ms. Bond's omnibus motion addresses four distinct constitutional issues: (1) the government's compliance with its obligations under *Brady* v. *Maryland*, 373 U.S. 83 91963); (2) Ms. Bond's entitlement to discovery into potential selective and vindictive prosecution; (3) a hearing pursuant to *Franks* v. *Delaware*, 438 U.S. 154 (1978), regarding material omissions from the warrant affidavits; and (4) production of grand jury minutes. The slight increase in page limit is necessary in order for Ms. Bond to adequately present her arguments on these four substantive issues, which are governed by different legal frameworks and based on distinct factual records. Counsel for Ms. Bond has conferred with the government, and the government does not oppose Ms. Bond's request for leave to exceed the page limit.

*Second*, pursuant to Section IV.D of Your Honor's Individual Rules, we respectfully request oral argument on Ms. Bond's motions. Counsel for Ms. Bond has conferred with the government, and the government indicates it will defer to the Court on this request.

1

We thank the Court for its consideration.

Respectfully Submitted,

/s/ Edward C. O'Callaghan

Cahill Gordon & Reindel LLP

cc:     All counsel of record (via ECF)