UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

— — — — — — — — — — — — — — — — — — — — — — x

UNITED STATES OF AMERICA          :

         - v. -          :

MICHELLE BOND,          :

         Defendant.          :

— — — — — — — — — — — — — — — — — — — — — — x

**NOTICE OF APPEARANCE**

**24 Cr. 494 (GBD)**

TO:    Clerk of Court
       United States District Court
       Southern District of New York

The undersigned attorney respectfully requests the Clerk to note his appearance in this case,

in addition to the Assistant U.S. Attorneys already on the case, and to add him as a Filing User to

whom Notices of Electronic Filing will be transmitted in this case.

Dated: New York, New York
       August 11, 2026

                        Respectfully submitted,

                        SEAN S. BUCKLEY
                        Attorney for the United States, Acting Under
                        Authority Conferred by 28 U.S.C. § 515

              by: s/ Paul M. Monteleoni
                 Paul M. Monteleoni
                 Assistant United States Attorney
                 Tel: (212) 637-2219
                 E-Mail: paul.monteleoni@usdoj.gov