**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHELLE BOND,<br><br>Defendant | Docket No. 1:24-cr-000494-GBD |

**NOTICE OF ENTRY OF APPEARANCE**

PLEASE TAKE NOTICE that James Mandolfo of Cahill Gordon & Reindel LLP hereby enters his appearance as counsel for Defendant Michelle Bond in the above-captioned proceeding. I certify that I am admitted to practice in this Court.

Dated: August 19, 2026

Respectfully submitted,

/s/ James Mandolfo

James Mandolfo
**CAHILL GORDON & REINDEL LLP**
900 16th Street, N.W. Suite 500
Washington, D.C. 20006
(202) 862-8903
JMandolfo@Cahill.com