**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

August 21, 2026

SO ORDERED

The Leave to file a brief in excess of 25 pages is granted. The final pretrial conference scheduled for September 9, 2026 is adjourned to September 16, 2026 at 10;00 a.m.

George B. Daniels
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE

AUG 2 4 2026

**BY ECF**

The Honorable George B. Daniels
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re: *United States v. Michelle Bond*, 24 Cr. 494 (GBD)**

Dear Judge Daniels:

On or about July 31, 2026, defendant Michelle Bond, with the Government's consent, requested leave to file an overlength brief in support of an omnibus motion to compel discovery. (Dkt. 126). The Court granted that motion by order dated August 3, 2026. (Dkt. 127). The Government will file today its opposition to the defendant's omnibus motion to compel discovery. The Government respectfully requests leave to file a brief in excess of 25 pages in support of its opposition to that motion. Further, the Government will file today eight motions *in limine* in a single consolidated brief. To the extent necessary under the Court's individual rules, the Government respectfully requests leave to file a brief in excess of 25 pages in support of its motions *in limine*.

The Government has conferred with counsel for the defendant, who consent to the Government's requests to file overlength briefs. The defendant's opposition to the Government's motions *in limine* is currently due on September 4, 2026. The defendant requests that her deadline be adjourned by one week, to September 11, 2026, and that the final pretrial conference, currently scheduled for September 9, 2026, also be adjourned by one week. The Government does not oppose those requests. Should the Court grant the request to adjourn the final pretrial conference, the parties have conferred and are available on September 16 or September 17, 2026.

In addition, the defendant filed certain documents and portions of its memorandum of law under seal in connection with its omnibus motion to compel discovery. (*See* Dkt. 125, 126). The Government's opposition to that motion cites to and quotes certain of those sealed materials. The Government is filing on the public docket a redacted version of its opposition and respectfully

requests leave to submit the unredacted brief under seal. The Government has conferred with counsel for the defendant, who has no objection to this request.

Respectfully submitted,

SEAN S. BUCKLEY
Attorney for the United States, Acting Under
Authority Conferred by 28 U.S.C. § 515

By: ____________/s/______________
David R. Felton
Paul M. Monteleoni
Stephanie Simon
Assistant United States Attorneys
(212) 637-2299/-2219/-2581

cc: All counsel of record (by ECF)