CAHILL GORDON & REINDEL LLP

900 16th Street, N.W. Suite 500
Washington, DC 20006
TELEPHONE: (202) 862-8900
WWW.CAHILL.COM

32 OLD SLIP, NEW YORK, NY 10005 • 221 W. 10th STREET, WILMINGTON, DE 19801 • 20 FENCHURCH STREET, LONDON EC3M 3BY

September 15, 2026

**VIA ECF**
The Honorable George B. Daniels
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: ***United States* v. *Michelle Bond*, 24 Cr. 494 (GBD): Request for Adjournment**

Dear Judge Daniels:

On behalf of Defendant Michelle Bond, we submit this letter to respectfully request that the Court adjourn the trial date it set in this matter from Monday, November 9, 2026, until a date convenient for the Court in or after March 2027. This adjournment is necessary in order to ensure defense counsel has sufficient time to review the nearly *ten million* pages the government made available to Ms. Bond on September 4, 2026, in addition to numerous additional productions the government has made in the past month totaling tens of thousands of additional pages. This is Ms. Bond's first request for an adjournment of the trial and is necessary in the interests of justice to allow the defense adequate time to prepare an effective defense. We have conferred with the government and they do not object to an adjournment and would be available to begin trial in March 2027. We therefore request the Court adjourn trial until in or after March 2027.

We remain available to address any questions the Court may have.

Respectfully submitted,

/s/ Edward C. O'Callaghan
Edward C. O'Callaghan
James D. Mandolfo
**Cahill Gordon & Reindel LLP**
900 16th Street, N.W. Suite 500
Washington, D.C. 20006
Telephone: 202-862-8900
EOCallaghan@cahill.com
JMandolfo@cahill.com

Kiersten A. Fletcher
Louis A. Capizzi III
**Cahill Gordon & Reindel LLP**
32 Old Slip
New York, NY 10005
Telephone: 212-701-3000
KFletcher@cahill.com
LCapizzi@cahill.com

*Attorneys for Defendant Michelle Bond*

cc: All counsel of record (via ECF)